# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITHACA VENTURES k.s. and<br>ITHACA DEVELOPMENT, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NINTENDO OF AMERICA INC. and<br>NINTENDO CO., LTD.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Ithaca Ventures k.s. and Plaintiff Ithaca Development, LLC state as follows:

1. Ithaca Ventures k.s. is a limited partnership under the laws of the Slovak Republic. There is no parent company to Ithaca Ventures k.s.;

2. Ithaca Development, LLC is a limited liability company incorporated in the state of Delaware with its principal place of business in Dallas, Texas. There is no parent company to Ithaca Development, LLC.

Dated: May 9, 2013

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth L. Dorsney*
　　　　　　　　　　　　　　　　　　　　　　　　Kenneth L. Dorsney (#3726)
　　　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　　　kdorsney@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Ithaca Ventures k.s*
　　　　　　　　　　　　　　　　　　　　　　　　*and Ithaca Development, LLC*

*Of Counsel:*

Randall J. Sunshine
Ted S. Ward
Kim Zeldin
Edward A. Klein
LINER GRODE STEIN
YANKELEVITZ SUNSHINE
REGENSTREIF & TAYLOR
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
(310) 500-3500
rsunshine@linerlaw.com
tward@linerlaw.com
kzeldin@linerlaw.com
eklein@linerlaw.com