IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITHACA VENTURES k.s. and <br> ITHACA DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO OF AMERICA INC. and <br> NINTENDO CO., LTD., <br><br> Defendants. | Civil Action No. 13-824 (UNA) |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Edward A. Klein, Randall J. Sunshine, Ted S. Ward, and Kim S. Zeldin to represent Plaintiffs Ithaca Ventures k.s. and Ithaca Development, LLC in this matter.

Dated: May 9, 2013

                                                                    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiffs Ithaca Ventures k.s and Ithaca Development, LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____   _____
                                                                          United States District Court Judge


## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 will be submitted to the clerk's office upon the filing of this motion.

Date: May 3, 2013

Signed: _____
Edward A. Klein, Esq.
Liner Grode Stein Yankelevitz Sunshine
  Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th floor
Los Angeles, CA 90024
(310) 500-3500
eklein@linerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 will be submitted to the clerk's office upon the filing of this motion.

Date: May 3, 2013

Signed: _____
Randall J. Sunshine, Esq.
Liner Grode Stein Yankelevitz Sunshine
 Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th floor
Los Angeles, CA 90024
(310) 500-3500
rsunshine@linerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 will be submitted to the clerk's office upon the filing of this motion.

Date: May 3, 2013

Signed: _____
Ted S. Ward, Esq.
Liner Grode Stein Yankelevitz Sunshine
　Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th floor
Los Angeles, CA 90024
(310) 500-3500
tward@linerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 will be submitted to the clerk's office upon the filing of this motion.

Date:  May 3, 2013

Signed: _____
Kim S. Zeldin, Esq.
Liner Grode Stein Yankelevitz Sunshine
   Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th floor
Los Angeles, CA 90024
(310) 500-3500
kzeldin@linerlaw.com