IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 13-824 (GMS) ) |
| **NINTENDO OF AMERICA INC.; and NINTENDO CO., LTD.,** | ) ) **JURY TRIAL DEMANDED** ) |
| Defendants. | ) ) |

**STIPULATION AND ORDER TO EXTEND TIME
AND AGREEMENT TO ACCEPT SERVICE**

WHEREAS defendant Nintendo Co., Ltd., a Japanese entity, authorized defendant Nintendo of America Inc. to accept service of the summons and complaint on its behalf in this matter;

WHEREAS defendant Nintendo of America Inc. accepted service of the summons and complaint in this matter on behalf of Nintendo Co., Ltd.;

IT IS HEREBY STIPULATED AND AGREED, by and through their respective attorneys and subject to the approval of the Court, that, in exchange for the aforementioned acceptance of service of the summons and complaint and the savings associated therewith, the Defendants shall have until August 29, 2013, to answer or otherwise respond to the Complaint.

Dated: May 29, 2013

| MORRIS JAMES LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Kenneth L. Dorsney* <br> Kenneth L. Dorsney (#3726) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, Delaware 19801-1494 <br> (302) 888-6816 <br> kdorsney@morrisjames.com <br><br> *Attorneys for Plaintiffs Ithaca Ventures, k.s., and Ithaca Development, LLC.* <br><br> *Of Counsel:* <br><br> Randall J. Sunshine <br> Ted S. Ward <br> Kim Zeldin <br> Edward A. Klein <br> LINER GRODE STEIN YANKELEVITZ <br> SUNSHINE REGENSTREIF & TAYLOR <br> 1100 Glendon Ave., 14th Floor <br> Los Angeles, CA 90024-3503 <br> rsunshine@linerlaw.com <br> tward@linerlaw.com <br> eklein@linerlaw.com <br> kzeldin@linerlaw.com <br> (310) 500-3500 | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br><br> *Attorneys for Defendants Nintendo of America Inc. and Nintendo Co., Ltd.* |

**SO ORDERED** this _____ day May, 2013

 

_____
The Honorable Gregory M. Sleet, Chief Judge

1108673/

2