IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-824-GMS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| NINTENDO OF AMERICA INC. and NINTENDO CO., LTD., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jerry A. Riedinger, Tyler C. Peterson and Kirstin E. Larson of PERKINS COIE LLP, 1201 Third Avenue, Suite 4900, Seattle, WA 98101 and C. Mark Kittredge of PERKINS COIE LLP, 2901 N. Central Avenue, Suite 2000, Phoenix, AZ 85012 for Defendants Nintendo of America, Inc. and Nintendo Co., Ltd. in this matter.

          POTTER ANDERSON & CORROON LLP

          By: */s/ David E. Moore*
               Richard L. Horwitz (#2246)
               David E. Moore (#3983)
               Bindu A. Palapura (#5370)
               Hercules Plaza, 6th Floor
               1313 N. Market Street
               Wilmington, DE  19801
               Tel:  (302) 984-6000
               rhorwitz@potteranderson.com
               dmoore@potteranderson.com
               bpalapura@potteranderson.com

Dated:  August 1, 2013
1116739/40335

          *Attorneys for Defendants Nintendo of America, Inc. and Nintendo Co., Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                          _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

  ☐  has been paid to the Clerk of the Court

  ☒  will be submitted to the Clerk's Office upon the filing of this motion

Date: July 26, 2013    Signed: _____
             Jerry A. Riedinger
             PERKINS COIE LLP
             1201 Third Avenue, Suite 4900
             Seattle, WA  98103-099
             Tel:  206-359-8000
             jriedinger@perkinscoie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 26, 2013           Signed: _____
                              Tyler C. Peterson
                              PERKINS COIE LLP
                              1201 Third Avenue, Suite 4900
                              Seattle, WA  98103-099
                              Tel: 206-359-8000
                              tylerpeterson@perkinscoie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 26, 2013          Signed: _____
                                     Kirstin E. Larson
                                     PERKINS COIE LLP
                                     1201 Third Avenue, Suite 4900
                                     Seattle, WA  98103-099
                                     Tel:  206-359-8000
                                     klarson@perkinscoie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: July 26, 2013

Signed: *(signature)*
C. Mark Kittredge
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Tel: (602) 351-8000
mkittredge@perkinscoie.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 1, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 1, 2013, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Kenneth L. Dorsney<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>kdorsney@morrisjames.com | Randall J. Sunshine<br>Ted S Ward<br>Kim Zeldin<br>Edward A. Klein<br>Liner Grode Stein Yankelevitz Sunshine<br>Regenstreif & Taylor<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503<br>rsunshine@linerlaw.com<br>tward@linerlaw.com<br>eklein@linerlaw.com<br>kzeldin@linerlaw.com |

By: /s/ *David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Bindu A. Palapura
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

1109638 / 40335