**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NINTENDO OF AMERICA INC. and NINTENDO )<br>CO., LTD., )<br>)<br>Defendants. ) | C.A. No. 13-824-GMS<br><br>**JURY TRIAL DEMANDED** |

**NINTENDO OF AMERICA INC.'S AND NINTENDO CO., LTD.'S MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF WASHINGTON**

Defendants Nintendo of America Inc. and Nintendo Co., Ltd. (collectively "Nintendo") respectfully move this Court for an Order transferring venue of this case to the Western District of Washington pursuant to 28 U.S.C. § 1404(a).

The grounds for this Motion are fully set forth in the accompanying Memorandum in Support, and declarations filed contemporaneously herewith.

- 2 -

                                        Respectfully submitted,

                                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Jerry A. Riedinger | By: */s/ Richard L. Horwitz* |
| Tyler C. Peterson | Richard L. Horwitz (#2246) |
| Kirstin E. Larson | David E. Moore (#3983) |
| PERKINS COIE LLP | Bindu A. Palapura (#5370) |
| 1201 Third Avenue, Suite 4900 | Hercules Plaza, 6th Floor |
| Seattle, WA  98101-3099 | 1313 N. Market Street |
| Tel:  (206) 359-8000 | Wilmington, DE  19801 |
| | Tel:  (302) 984-6000 |
| C. Mark Kittredge | rhorwitz@potteranderson.com |
| PERKINS COIE LLP | dmoore@potteranderson.com |
| 2901 N. Central Avenue, Suite 2000 | bpalapura@potteranderson.com |
| Phoenix, AZ   85012-2788 | |
| Tel:  (602) 351-8000 | *Attorneys for Defendants Nintendo of America Inc. and Nintendo Co., Ltd.* |

Dated:  August 29, 2013

1120767/ 40335

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on August 29, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 29, 2013, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Kenneth L. Dorsney<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>kdorsney@morrisjames.com | Randall J. Sunshine<br>Ted S Ward<br>Kim Zeldin<br>Edward A. Klein<br>Liner Grode Stein Yankelevitz Sunshine<br>Regenstreif & Taylor<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA  90024-3503<br>rsunshine@linerlaw.com<br>tward@linerlaw.com<br>eklein@linerlaw.com<br>kzeldin@linerlaw.com |

By: */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1109638 / 40335