**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO OF AMERICA INC. and NINTENDO CO., LTD., <br><br> Defendants. | C.A. No. 13-824-GMS <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Before the Court is Defendant Nintendo of America Inc.'s and Nintendo Co., Ltd.'s Motion to Transfer. The Court having considered the motion, and having found good cause therefore, hereby ORDERS that a transfer of the case from the District of Delaware to the Western District of Washington is GRANTED.

It is therefore ORDERED that this cause of action is transferred to the Western District of Washington.

SO ORDERED

DATED this ___ day of _____, 2013.

_____
The Honorable Gregory M. Sleet
Chief Judge

1120773/ 40335