IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC,** )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>**NINTENDO OF AMERICA INC.; and NINTENDO CO., LTD.,** )<br>)<br>)<br>Defendants. )<br>) | Civil Action No.: 13-824 (GMS) |

**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF OPPOSITION AND REPLY BRIEFS IN CONNECTION WITH MOTION TO TRANSER**

WHEREAS Defendants Nintendo of America Inc. and Nintendo Co., Ltd. filed a motion to transfer on August 29, 2013 (D.I. 10).

WHEREAS the opposition is currently required to be filed by September 16, 2013 and the reply by September 26, 2013.

WHEREAS Plaintiffs requested a two week extension of time to file their opposition and Defendants agreed to the extension and asked for an additional two weeks to file their Reply.

IT IS HEREBY STIPULATED AND AGREED, by and through their respective attorneys and subject to the Order of the Court, that, Plaintiffs shall have until September 30, 2013 to file their opposition to motion to transfer and Defendants shall have until October 14, 2013 to file their reply to motion to transfer. The reason for the extension is to provide additional time to confer with our client in response to the motion.

1

Dated: September 9, 2013

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiffs Ithaca Ventures, k.s., and Ithaca Development, LLC.*

*Of Counsel:*

Randall J. Sunshine
Ted S. Ward
Kim Zeldin
Edward A. Klein
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024-3503
(310) 500-3500
rsunshine@linerlaw.com
tward@linerlaw.com
eklein@linerlaw.com
kzeldin@linerlaw.com

   */s/ Bindu A. Palapura*
Richard L. Horwitz (#2246)
Daivd E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendants Nintendo of America Inc. and Nintendo Co., Ltd*

*Of Counsel:*

Jerry A. Riedinger
Tyler C. Peterson
Kirstin E. Larson
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3009
(206) 359-8000
jriedinger@perkinscoie.com
tylerpeterson@perkinscoie.com
klarson@perkinscoie.com

C. Mark Kittredge
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
(602) 351-8000
mkittredge@perkinscoie.com

**SO ORDERED** this _____ day September, 2013

   _____
   United States District Court Judge