IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITHACA VENTURES k.s. and <br> ITHACA DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO OF AMERICA INC. and <br> NINTENDO CO., LTD., <br><br> Defendants. | Civil Action No. 13-824 (GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Ryan E. Hatch to represent Plaintiffs Ithaca Ventures k.s. and Ithaca Development, LLC in this matter.

Dated: September 16, 2013

                                                                  */s/ Kenneth L. Dorsney*
                                                   Kenneth L. Dorsney (#3726)
                                                   MORRIS JAMES LLP
                                                   500 Delaware Avenue, Suite 1500
                                                   Wilmington, DE 19801
                                                   (302) 888-6800
                                                   kdorsney@morrisjames.com

                                                  *Attorneys for Plaintiffs Ithaca Ventures k.s*
                                                  *and Ithaca Development, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____               _____
                                                          United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 will be submitted to the clerk's office upon the filing of this motion.

Date:   September 16, 2013

Signed: _____
Ryan E. Hatch, Esq.
Liner Grode Stein Yankelevitz Sunshine
   Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th floor
Los Angeles, CA 90024
(310) 500-3500
rhatch@linerlaw.com