IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 13-824-GMS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| NINTENDO OF AMERICA INC. and NINTENDO CO., LTD., | ) ) ) ) |
| Defendants. | ) |

## NINTENDO OF AMERICA INC.'S AND NINTENDO CO., LTD.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11

Defendants Nintendo of America Inc. and Nintendo Co., Ltd. (collectively "Nintendo") respectfully move this Court for an Order sanctioning Plaintiffs and their attorneys, pursuant to Fed. R. Civ. P. 11. Nintendo submits that Plaintiffs' patent infringement allegations are baseless. Plaintiffs and their counsel failed to conduct a proper pre-suit investigation as required by Fed. R. Civ. P. 11, therefore, sanctions, including but not limited to dismissal of Plaintiffs' action and Nintendo's costs and fees in bringing this motion are appropriate.

The grounds for this Motion are fully set forth in the accompanying Memorandum in Support, filed contemporaneously herewith. As noted by the date of this and related documents, all Rule 11 motion papers were originally served on Plaintiffs' counsel on August 29, 2013.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Jerry A. Riedinger<br>Tyler C. Peterson<br>Kirstin E. Larson<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Tel:  (206) 359-8000<br><br>C. Mark Kittredge<br>PERKINS COIE LLP<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, AZ   85012-2788<br>Tel:  (602) 351-8000 | By:   /s/ Richard L. Horwitz<br>        Richard L. Horwitz (#2246)<br>        David E. Moore (#3983)<br>        Bindu A. Palapura (#5370)<br>        Hercules Plaza, 6th Floor<br>        1313 N. Market Street<br>        Wilmington, DE  19801<br>        Tel:  (302) 984-6000<br>        rhorwitz@potteranderson.com<br>        dmoore@potteranderson.com<br>        bpalapura@potteranderson.com<br><br>*Attorneys for Defendants Nintendo of America Inc. and Nintendo Co., Ltd.* |

Original Service Date: August 29, 2013
Filed & Served Date:   September 19, 2013

1120849/ 40335

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 19, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 19, 2013, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Kenneth L. Dorsney<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>kdorsney@morrisjames.com | Randall J. Sunshine<br>Ted S Ward<br>Kim Zeldin<br>Edward A. Klein<br>Ryan E. Hatch<br>Liner Grode Stein Yankelevitz Sunshine<br>Regenstreif & Taylor<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA  90024-3503<br>rsunshine@linerlaw.com<br>tward@linerlaw.com<br>eklein@linerlaw.com<br>kzeldin@linerlaw.com<br>rhatch@linerlaw.com |

By:  /s/ Richard L. Horwitz
    Richard L. Horwitz
    David E. Moore
    Bindu A. Palapura
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

1109638 / 40335