IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.,<br><br>   Defendants. | )<br>)<br>)<br>) C.A. No. 13-824-GMS<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Before the Court is Defendants' Nintendo of America Inc. and Nintendo Co., Ltd.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11. The Court determines that the Motion should be and is hereby GRANTED. The case is hereby dismissed.

Plaintiffs are hereby ordered to:

1. Pay Nintendo its costs and fees associated with bringing the Motion;

2. [Other sanctions as the Court deems appropriate.]

It is therefore ORDERED that Nintendo's Motion is GRANTED.

DATED this ___ day of _____, 2013.

                     _____
                     The Honorable Gregory M. Sleet
                     Chief Judge

Original Service Date: August 29, 2013
Filed & Served Date: September 19, 2013

1120855/ 40335