## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ITHACA VENTURES k.s. and ITHACA
DEVELOPMENT, LLC,

       Plaintiffs,

   v.

NINTENDO OF AMERICA INC. and
NINTENDO CO., LTD.,

       Defendants.

C.A. No. 13-824-GMS

**DECLARATION OF KIM ZELDIN IN SUPPORT OF ITHACA DEVELOPMENT,
LLC'S OPPOSITION TO MOTION TO TRANSFER VENUE TO THE WESTERN
DISTRICT OF WASHINGTON**

I, Kim Zeldin, declare as follows:

1.      I am a partner with the law firm of Liner Grode Stein Yankelevitz Sunshine
Regenstreif & Taylor LLP, counsel for the plaintiffs in the above-captioned action.  I have
personal knowledge of the facts set forth herein and if called as a witness, I could and would
competently testify to the matters stated herein.

2.      Attached hereto as Exhibit A is a true and correct copy of Nintendo's 2011 Annual
Report, which I printed from its website.

3.      A search of travel websites, such as Orbitz, shows that there are non-stop flights
available between Munich and Philadelphia, however, there are no non-stop flights available
from Munich to Seattle, Washington.

4.      Philadelphia is approximately 22 miles from this Court.

5.      Dallas, Texas is approximately 1,437 miles from Wilmington, Delaware.  Seattle,
Washington is approximately 2,079 miles from Dallas, Texas.


I declare under penalty of perjury that the foregoing is true and correct.

Executed September 30, 2013, at Los Angeles, California.


Kim Zeldin

# EXHIBIT "A"











  







  







## Message from the President

Since the launch of the *Nintendo Entertainment System* more than a quarter of a century ago, Nintendo has been offering the world unique and original entertainment products under the development concept of hardware and software integration. Among the few global Japanese home entertainment companies, Nintendo truly represents video game culture, and it is a well-known brand throughout the world.

Our basic strategy is the expansion of the gaming population, which is to encourage as many people in the world as possible, regardless of age, gender or gaming experience, to embrace and enjoy playing video games.

In 2004, Nintendo launched a handheld game device called *Nintendo DS* with dual screens including one touch screen, and has been expanding the diversity of consumers who enjoy video games by releasing applicable software titles in a range of genres that went beyond the then-current definition of games.

In addition, Nintendo launched a home console game system called *Wii* in 2006, which lowered the threshold for people to play games by providing more intuitive gaming experiences with motion controllers. Nintendo offers home entertainment that enables family members and friends to have fun together in their living room and continuously strives to create an environment where everybody can enjoy video games.

In 2011, Nintendo launched *Nintendo 3DS*, the successor of *Nintendo DS*, which offers something that people had never experienced before: 3D gameplay without the need for any special glasses. *Nintendo 3DS* provides a wide range of possibilities such as the realization of loose-knit connections between people and the enjoyment of carrying around a device with various communication functions. We will continue to offer software and services that take advantage of the unique features of *Nintendo 3DS* and strive for this device to reach a greater number of people.

We plan to release *Wii U*, the successor of *Wii*, in 2012, which has a new controller with a 6.2 inch touch screen. With this new controller, we propose a new structure for home entertainment, which takes players deeper into their gaming experience, as well as appeals to a wider range of people than ever before.

Nintendo continues to make efforts for the growth of the home entertainment industry with a mission that is "to pleasantly surprise people and put smiles on the faces of everyone involved with Nintendo."



Satoru Iwata





Life-to-date sales
units of Wii system

**86.01**

million units*





# Worldwide Consolidated Top Selling Titles - Wii

As of March 31, 2011

**76.76**
million pcs.
Sold



**28.02**
million pcs.
Sold



**27.68**
million pcs.
Sold



**27.00**
million pcs.
Sold



**22.67**
million pcs.
Sold



**21.94**
million pcs.
Sold



**18.49**
million pcs.
Sold



**10.27**
million pcs.
Sold



**9.31**
million pcs.
Sold



**8.22**
million pcs.
Sold



**6.36**
million pcs.
Sold



**5.82**
million pcs.
Sold



Life-to-date sales units of
Wii software

**716.09**
million units

The numbers shown above are consolidated sales in units life-to-date.
Titles and package images shown above are for the U.S. market.

Life-to-date sales
units of Nintendo DS
family of systems

# 146.42

million units*



Nintendo DS



Nintendo DS Lite



Nintendo DSi



Nintendo DSi XL

# Worldwide Consolidated Top Selling Titles - Nintendo DS

As of March 31, 2011

**26.88**
million pcs.
Sold



©2006 Nintendo.

**23.64**
million pcs.
Sold

   

©2005 Nintendo.   ©2005 Nintendo.   ©2005 Nintendo.   ©2005, 2006 Nintendo

**21.04**
million pcs.
Sold



©2005 Nintendo.

**18.96**
million pcs.
Sold



©2005-2006 Nintendo.
©2004 SH-DH CO., Ltd.

**17.57**
million pcs.
Sold



© 2007 Pokémon.
©1995-2007 Nintendo/Creatures Inc./GAME FREAK inc.

**14.83**
million pcs.
Sold



©2005-2007 Nintendo
©2007 BRAIN CO., Ltd

**11.90**
million pcs.
Sold



© 2010 Pokémon.
©1995-2010 Nintendo/Creatures Inc./GAME FREAK inc.

**11.51**
million pcs.
Sold



©2011 Pokémon.
©1995-2011 Nintendo/Creatures Inc./GAME FREAK inc.

**11.51**
million pcs.
Sold



©2005 Nintendo.

**9.65**
million pcs.
Sold



©2006 Nintendo

**8.21**
million pcs.
Sold



©2007 Nintendo/©2007 HUDSON SOFT

**7.43**
million pcs.
Sold

©2008 Pokémon.
©1995-2008 Nintendo/Creatures Inc./GAME FREAK inc.

Life-to-date sales units of
Nintendo DS software

# 839.48
million units

The numbers shown above are consolidated sales in units life-to-date.
Titles and package images shown above are for the U.S. market.

# History of Nintendo



1953
Playing cards

1966
Ultra Hand

1968
Ultra Machine

1969
Love Tester

1889
Hanafuda

1971
Electro Poker

1976
Beam Gun
: Custom Gunman
: Custom Lion

1977
Color TV Game 15

1889

1970

1889
Fusajiro Yamauchi, great-grandfather of Hiroshi Yamauchi (the former President and current executive adviser), began manufacturing and selling Japanese playing cards, Hanafuda (flower cards), in Kyoto, Japan.
1902
Started manufacturing and selling the first western-style playing cards in Japan.
1947
Established Marufuku Co., Ltd.
1949
Hiroshi Yamauchi took office as President.
1951
Changed company name to Nintendo Playing Card Co., Ltd.
1952
Built headquarters in Kyoto, Japan and consolidated the manufacturing facilities.
1953
Became the first company to succeed in mass-producing plastic playing cards in Japan.
1959
Started selling cards printed with Walt Disney characters, opening a new market for children's playing cards in Japan.
1962
Listed stock on the second section of the Osaka Securities Exchange and on the Kyoto Stock Exchange.
1963
Changed company name to the current Nintendo Co., Ltd. Started manufacturing and selling games and toys in addition to playing cards.
1969
Built Uji plant in Kyoto, Japan.

1970
Stock listing was changed to the first section of the Osaka Securities Exchange. Started selling the Beam Gun series, employing opto-electronics.
1973
Developed the Laser Clay shooting-range system to succeed bowling as a major pastime.
1974
Developed image projection system employing 16mm film projector and entered into the arcade business. Began exporting systems to the U.S. and Europe.
1977
Developed Nintendo's first home video game machines, TV Game 15 and TV Game 6.
1980
Established a wholly owned subsidiary, Nintendo of America Inc. in New York. Developed and started selling GAME & WATCH product line, the first portable LCD video games with a microprocessor.
1981
Developed and began distribution of the coin-operated video game Donkey Kong.
1982
Established Nintendo of America Inc. in Seattle, Washington and merged the New York subsidiary into it.
1983
Started selling the home video game console Family Computer System employing a custom CPU (Central Processing Unit) and PPU (Picture Processing Unit). Listed stock on the first section of the Tokyo Stock Exchange.
1985
Released the Nintendo Entertainment System (NES), the U.S. version of the Family Computer System, in the U.S. Released Super Mario Bros. for NES in Japan and the U.S.



1981
Coin-op Donkey Kong



1983
Family Computer
(1985 NES)





1990
Super Famicom
(1991 SNES)



1980
Ten billion





1980
Game & Watch



1982
Game & Watch Multi-Screen

1989
Game Boy



1995
Virtual Boy

1980

1990

1986
Started selling the Family Computer Disk Drive System to expand the functions of the Family Computer System in Japan. Released NES in Europe.

1987
Released the Legend of Zelda for NES in the U.S.

1988
On-line stock brokerage services utilizing the Family Computer Network System are started in Japan jointly with Nomura Securities. Enlarged Uji plant and built Uji-Ogura plant in Kyoto, Japan. Nintendo of America Inc. publishes the first issue of Nintendo Power magazine.

1989
Introduced Game Boy, the first portable, hand-held game system with interchangeable game paks, in Japan and the U.S.

1990
Nintendo enters the 16-bit console market with the release of the Super Famicom in Japan. Established Nintendo of Europe GmbH in Frankfurt, Germany. Released Game Boy in Europe.

1991
The 16-bit Super Nintendo Entertainment System (Super NES), along with Super Mario World, is released in the U.S.

1992
Released Super NES in Europe.

1993
Established subsidiaries in France, UK, the Netherlands, Belgium, Spain and Australia. The Nintendo Gateway program is introduced to provide Nintendo entertainment to airline passengers and hotel guests in the U.S. Built Uji-Okubo plant in Kyoto, Japan.

1994
Released the Super Game Boy, a peripheral for the Super NES, which enables Game Boy software to be played on TV screen. Released Donkey Kong Country for Super NES that uses proprietary Advanced Computer Modeling (ACM) graphics. Uji, Uji-Ogura and Uji-Okubo plants received ISO-9002.

1995
Started selling SatellaView adapter for Super Famicom in Japan, enabling the system to receive digital data from broadcast satellite. Nintendo introduced a 32-bit Virtual Immersion system known as the Virtual Boy.

1996
Launched Nintendo 64 in Japan and the U.S. Launched Game Boy Pocket worldwide. Pokémon Red and Pokémon Green (known as Pokémon Blue outside Japan) for Game Boy are released in Japan.

1997
Launched Nintendo 64 in Europe. Pokémon TV series starts in Japan.

1998
Nintendo introduces Game Boy Color along with innovative devices Game Boy Camera and Printer. Pokémon, a breakthrough game concept for Game Boy, is introduced overseas and generates an international craze to "catch 'em all!" The first Pokémon movie is released in Japan.

1999
Pokémon Gold and Pokémon Silver, both Game Boy Color games, are introduced in Japan.

2000
Pokémon Crystal for Game Boy Color is released in Japan. The headquarters of Nintendo Co., Ltd. relocates from the Higashiyama-ward to the Minami-ward of Kyoto, Japan.



1996
Nintendo 64

2001
Nintendo GameCube

2006
Wii

2001
Game Boy Advance

2004
Nintendo DS

2008
Nintendo DSi

2011
Nintendo 3DS

2003
Game Boy Advance SP

2006
Nintendo DS Lite

2009
Nintendo DSi XL

2000

2010

2001
Launched Game Boy Advance worldwide. Launched Nintendo GameCube in Japan and the U.S.

2002
Launched Nintendo GameCube in Europe. Satoru Iwata takes office as President of Nintendo Co., Ltd. Released Pokémon Ruby and Pokémon Sapphire for Game Boy Advance in Japan.

2003
Launched Game Boy Advance SP, equipped with front-lit screen, rechargeable Lithium-Ion battery, and compact folding design. Began Nintendo's online membership service, Club Nintendo, in Japan.

2004
Nintendo DS, the hand-held gaming device that opens up a new style of entertainment with its dual screens, touch control, wireless communication, and voice recognition technology, launched in Japan and the U.S.

2005
Launched Nintendo DS in Europe. Launched Game Boy micro, a lightweight version of the Game Boy Advance. Nintendo Wi-Fi Connection, the wireless internet service for Nintendo DS, becomes available to consumers. Introduced Touch! Generations titles, aimed at expanding the user base. Among these titles released in Japan are Nintendogs, Brain Age: Train Your Brain in Minutes a Day, and Brain Age 2: More Training in Minutes a Day.

2006
Launched Nintendo DS Lite, a smaller and lighter version of the Nintendo DS. Established a subsidiary in South Korea. Released Pokémon Diamond and Pokémon Pearl for Nintendo DS in Japan. Launched Wii with its unprecedented Wii Remote designed to make game control intuitive.

2007
Released Wii Fit bundled with the Wii Balance Board accessory in Japan.

2008
Released Mario Kart Wii that uses the Wii Wheel accessory. Introduced Pokémon Platinum Version for Nintendo DS in Japan. Launched Nintendo DSi loaded with Nintendo DSi Camera and Nintendo DSi Sound applications in Japan.

2009
Launched Nintendo DSi in the U.S. and Europe. Released Wii Sports Resort along with Wii MotionPlus that senses the subtler motion of players. Launched Nintendo DSi XL featuring larger screens and a wider viewing angle in Japan.

2010
Launched Nintendo DSi XL in the U.S. and Europe. Released special edition red versions of Nintendo DSi XL and Wii to commemorate the 25th anniversary of Super Mario Bros.

2011
Launched Nintendo 3DS, a portable entertainment device that offers new gaming experience in 3D - without the need for special glasses in Japan, the U.S. and Europe.

PULL

# Financial Section

| | |
|---|---|
| Five-year Summary / Stock Price Information | 17 |
| Analysis of Operations and Financial Review | 18 |
| Report of Independent Auditor | 21 |
| Consolidated Balance Sheets | 22 |
| Consolidated Statements of Income | 24 |
| Consolidated Statements of Comprehensive Income | 25 |
| Consolidated Statements of Changes in Net Assets | 26 |
| Consolidated Statements of Cash Flows | 27 |
| Notes to Consolidated Financial Statements | 28 |

## Five-Year Summary

| | | | ¥ Japanese Yen in Millions | | | $ U.S. Dollars in Thousands |
|---|---|---|---|---|---|---|
| Years ended March 31, | 2011 | 2010 | 2009 | 2008 | 2007 | 2011 |
| **For the Period** | | | | | | |
| Net sales | ¥1,014,345 | ¥1,434,365 | ¥1,838,622 | ¥1,672,423 | ¥966,534 | $12,221,031 |
| Operating income | 171,076 | 356,567 | 555,263 | 487,220 | 226,024 | 2,061,166 |
| Net income | 77,621 | 228,635 | 279,089 | 257,342 | 174,290 | 935,200 |
| **At the Period-end** | | | | | | |
| Total assets | 1,634,297 | 1,760,986 | 1,810,767 | 1,802,490 | 1,575,597 | 19,690,330 |
| Property, plant and equipment | 80,864 | 79,586 | 71,064 | 55,150 | 57,600 | 974,275 |
| Total net assets | ¥1,281,861 | ¥1,336,585 | ¥1,253,931 | ¥1,229,973 | ¥1,102,018 | $15,444,115 |

| | | | ¥ Japanese Yen | | | $ U.S. Dollars |
|---|---|---|---|---|---|---|
| Years ended March 31, | 2011 | 2010 | 2009 | 2008 | 2007 | 2011 |
| **Per Share Information** | | | | | | |
| Net income[A] | ¥606.99 | ¥1,797.84 | ¥2,182.32 | ¥2,012.13 | ¥1,362.61 | $7.31 |
| Cash dividends[B] | ¥450 | ¥930 | ¥1,440 | ¥1,260 | ¥690 | $5.42 |

[Note]   A: The computation of net income per share of common stock is based on the weighted average number of shares outstanding (excluding treasury stock) during each fiscal year.
B: Cash dividends per share represent the amounts applicable to the respective fiscal years including dividends to be paid after the end of each fiscal year.

## Stock Price Information

| | ¥ Japanese Yen | | | | $ U.S. Dollars | |
|---|---|---|---|---|---|---|
| | 2011 | | 2010 | | 2011 | |
| Years ended March 31, | Highest | Lowest | Highest | Lowest | Highest | Lowest |
| First Quarter | ¥32,950 | ¥23,870 | ¥30,850 | ¥24,840 | $396.99 | $287.59 |
| Second Quarter | 27,160 | 20,710 | 27,000 | 22,300 | 327.22 | 249.51 |
| Third Quarter | 24,670 | 20,180 | 24,720 | 20,140 | 297.22 | 243.13 |
| Fourth Quarter | 26,780 | 20,000 | 32,650 | 22,130 | 322.65 | 240.96 |

[Note]   The preceding table sets forth the highest and lowest sale prices during the years ended March 31, 2011 and 2010 for Nintendo Co., Ltd. common stock, as reported on the Osaka Securities Exchange, Section 1. Nintendo Co., Ltd. common stock is also traded on the Tokyo Stock Exchange, Section 1.

# Analysis of Operations and Financial Review

## Overview

Nintendo continues to pursue its basic strategy of *Gaming Population Expansion* by offering compelling products that anyone can enjoy, regardless of age, gender, or gaming experience.

During the fiscal year ended March 2011, to commemorate the 25th anniversary of Nintendo's major title *Super Mario Bros.*, special edition red versions of *Nintendo DSi XL* and *Wii* hardware were launched worldwide along with *Wii* software *Super Mario All-Stars Limited Edition* as the revival of *Super NES* software *Super Mario All-Stars*, combining various classic Super Mario titles. This sales promotion, appealing to those who had long been away from video games or never played video games before, as well as our existing users, contributed to strong sales.

In addition, within the handheld device segment of the electronic entertainment division, sales of *Pokémon Black Version* and *Pokémon White Version* became robust in and out of Japan. In the home console business, strong sales were realized on several titles including *Super Mario Galaxy 2*, an action game featuring Mario's adventures throughout the galaxy, *Wii Party*, which features party games that anyone can enjoy, *Donkey Kong Country Returns* in which the popular character runs, jumps and climbs while on a quest, and also titles launched during last fiscal year, such as *New Super Mario Bros. Wii* and *Wii Fit Plus*.

Furthermore, *Nintendo 3DS*, a new handheld device which allows 3D gameplay without the need for any special glasses, released in February in Japan and in March in the United States, Europe, and Australia, had a smooth start in sales at its launch.

However, compared to last year, when December 2009 had monthly record sales in our largest market, the United States, sales went down for both hardware and software. Sales went down in Japan and Europe as well.

As a result, the worldwide sales of the *Nintendo DS* series, *Nintendo 3DS*, and *Wii* hardware were 17.52 million units, 3.61 million units, and 15.08 million units respectively. The worldwide sales units of the *Nintendo DS* series, *Nintendo 3DS*, and *Wii* software were 120.98 million, 9.43 million and 171.26 million respectively. The number of million-seller titles life-to-date (including third-party publisher titles) for the *Nintendo DS* series increased from 114 to 139, while *Wii* increased from 79 to 103 titles, compared with the end of last fiscal year. *Nintendo 3DS* had two million-seller titles for this fiscal year.

Due to appreciation of the yen and the price reduction of *Nintendo DS* series hardware, net sales were 1,014.3 billion yen (US$12,221 million) (of which overseas sales were 846.4 billion yen (US$10,198 million), or 83.4% of the total sales) and operating income was 171.0 billion yen (US$2,061 million). In addition, due to exchange losses totaling 49.4 billion yen (US$595 million) primarily caused by the reevaluation of assets in foreign currencies, ordinary income was 128.1 billion yen (US$1,543 million), and net income was 77.6 billion yen (US$ 935 million).

## Risk Factors

Listed below are the various risks that could significantly affect Nintendo's operating performance, share price, and financial condition. However, unpredictable risks may exist other than the risks set forth herein.

Note that matters pertaining to the future presented herein are determined by Nintendo as of the end of annual consolidated fiscal period ended March 31, 2011.

(1) Risks around economic environment
- Fluctuation in foreign exchange rates

Nintendo distributes its products globally with overseas sales accounting for approximately 80% of total sales. The majority of monetary transactions are made in local currencies. In addition, the Company holds a substantial amount of assets in foreign currencies including cash and deposits without exchange contracts and so forth. Thus, fluctuation in foreign exchange rates would have a direct influence on earnings not only when foreign currencies are converted to Japanese yen but also when revaluated for financial reporting purposes. Japanese yen appreciation against the U.S. dollar or Euro would have a negative impact on profitability.

(2) Risks around business activities
- •Fluctuation of market environment and competition against other companies

  Nintendo's business is engaged in one segment of the broad entertainment field. However, its business can be affected by trends in other entertainment fields. If consumer preferences shift to other forms of entertainment, it is possible that the video game market may shrink. The emergence of new competitors resulting from technological innovation could have a detrimental impact as well.

  In the video game industry, it may become even more difficult to be profitable due to large investments required in research, development and marketing. In addition, competition may intensify with enormous companies doing business in the same industry or in other entertainment fields. As a result, Nintendo may find difficulty in maintaining or expanding its market share as well as sustaining profitability.

- •Development of new products

  Although Nintendo is continuously making efforts to develop innovative and attractive products in the field of computer entertainment, the development process is complicated and includes many uncertainties. Various risks involved are as follows:
  a. Despite the substantial costs and time needed for software development, there is no guarantee that all new products will be accepted by consumers due to ever shifting consumer preferences. As a result, development of certain products may be suspended or aborted.
  b. While development of hardware is time-consuming, with technology continuously advancing, it is possible that the Company may not be able to equip technologies required for entertainment. Furthermore, delays of hardware launches could adversely affect market share.
  c. Due to the nature of Nintendo products, it may become difficult to develop or sell the products as planned, which could lead to significant variances from income projections.

- •Product valuation and adequate inventory procurement

  Products in the video game industry have relatively short life cycles, and are significantly impacted by consumers' preferences as well as seasonality. Although production is projected based on the forecasted equilibrium point of supply and demand, it is difficult to forecast demand accurately, which may lead to excess inventory. Obsolete inventory could have an adverse effect on Nintendo's operations and financial position.

- •Overseas business expansion and international activities

  In addition to Japan, Nintendo engages in business in the Americas, Europe, Australia, Asia and other areas in the world. Expansion of business to these overseas markets involves risks such as a) unpredictable enforcement or changes in laws or regulations, b) disadvantages from emergence of political or economic factors, c) disadvantages from inconsistency of multilateral taxation systems and diversity of tax law interpretation, d) difficulty of recruiting and securing human resources, e) social disruption resulting from terrorist attacks, war, and other catastrophic events.

- •Dependency on outside manufacturers

  Nintendo commissions a number of outside manufacturers to produce key components or assemble finished products. In the event one or more of these businesses fail, Nintendo may have difficulty procuring key components or manufacturing its products. In addition, suppliers may be unable to provide necessary components on a timely basis. A shortage of key components could cause marginal decline due to higher costs, shortage of products and quality control issues. These issues may impair the relationship between Nintendo and its customers.

  Furthermore, as many suppliers' production facilities are located overseas, potential production interruptions caused by societal violence, natural disasters or any other accidents in the area would negatively affect Nintendo's business.

- •Business operations affected by seasonal fluctuation

  A major portion of demand is focused around the holiday season. Should Nintendo fail to release attractive new products or supply hardware during the period, it would suffer unfavorable operating performance.

## Analysis of Operations and Financial Review

(3) Risks around legal regulations and litigation

- Product liability

  Nintendo manufactures its products based on quality control standards required in each location throughout the world. However, large-scale product recalls may occur due mainly to defective products, which may cause Nintendo to incur additional expenses and Nintendo's reputation may suffer as well as Nintendo's performance and financial position.

- Limitations of enforcing intellectual property rights

  Although Nintendo continues to accumulate various intellectual properties to produce different products, counterfeit products already have gone into circulation and violated Nintendo's intellectual property rights. In the future, it may not be possible to fully enforce against every infringement of Nintendo's intellectual property rights.

- Leakage of personal and confidential information

  Nintendo possesses personally identifiable information about its consumers, such as "Club Nintendo" membership information. If such personally identifiable information or any confidential information concerning development or business operations were ever breached or otherwise leaked outside of Nintendo, there would be an adverse affect on Nintendo's future operating performance, reputation, share price and financial condition.

- Changes in accounting standards and taxation systems

  Unpredicted adoptions or changes in accounting standards or taxation systems could have an effect on Nintendo's performance and financial position. Conflict of views between Nintendo and the tax authorities may cause additional tax costs.

- Litigation

  Nintendo's operations in Japan and overseas may be subject to litigation, disputes and other legal procedures. These issues may adversely affect Nintendo's performance.

- Other risks

  Other than risks set forth above, factors such as uncollectibility of trade accounts receivable and notes receivable, collapse of financial institutions and environmental regulations may adversely affect Nintendo's performance and financial position.

## Report of Independent Auditor

**To the Board of Directors and Shareholders of Nintendo Co., Ltd.**

We have audited the accompanying consolidated balance sheet of Nintendo Co., Ltd. and its subsidiaries (the "Company") as of March 31, 2011, and the related consolidated statements of income, consolidated statements of comprehensive income, changes in net assets and cash flows for the year then ended, all expressed in Japanese yen. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in Japan. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall consolidated financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of Nintendo Co., Ltd. and its subsidiaries as of March 31, 2011, and the consolidated results of their operations and their cash flows for the year then ended in conformity with accounting principles generally accepted in Japan.

The amounts expressed in U.S. dollars, which are provided solely for the convenience of the readers, have been translated on the basis set forth in Note 1 to the accompanying consolidated financial statements.

*Kyoto Audit Corporation*

Kyoto Audit Corporation
Kyoto, Japan
June 29, 2011

## Report of Independent Auditor

**To the Board of Directors and Shareholders of Nintendo Co., Ltd.**

We have audited the accompanying consolidated balance sheet of Nintendo Co., Ltd. and its subsidiaries (the "Company") as of March 31, 2010, and the related consolidated statements of income, changes in net assets, and cash flows for the year then ended, all expressed in Japanese yen. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in Japan. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall consolidated financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of Nintendo Co., Ltd. and its subsidiaries as of March 31, 2010, and the consolidated results of their operations and their cash flows for the year then ended in conformity with accounting principles generally accepted in Japan.

The amounts expressed in U.S. dollars, which are provided solely for the convenience of the readers, have been translated on the basis set forth in Note 1 to the accompanying consolidated financial statements.

*Kyoto Audit Corporation*

Kyoto Audit Corporation
Kyoto, Japan
June 28, 2010

## Consolidated Balance Sheets

| | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands (Note 1) |
|---|---|---|---|
| As of March 31, | 2011 | 2010 | 2011 |
| **Assets** | | | |
| Current assets | | | |
| Cash and deposits | ¥812,870 | ¥886,995 | $9,793,618 |
| Notes and accounts receivable-trade | 135,689 | 131,876 | 1,634,810 |
| Short-term investment securities | 358,206 | 365,326 | 4,315,744 |
| Finished goods | 85,205 | 116,055 | 1,026,577 |
| Work in process | 438 | 90 | 5,278 |
| Raw materials and supplies | 7,069 | 8,528 | 85,173 |
| Deferred tax assets | 27,620 | 35,193 | 332,778 |
| Other | 42,362 | 48,389 | 510,388 |
| Allowance for doubtful accounts | (756) | (1,067) | (9,115) |
| Total current assets | 1,468,706 | 1,591,388 | 17,695,254 |
| Noncurrent assets | | | |
| Property, plant and equipment (Note 6 A) | | | |
| Buildings and structures, net | 27,124 | 16,037 | 326,802 |
| Machinery, equipment and vehicles, net | 4,851 | 1,797 | 58,447 |
| Tools, furniture and fixtures, net | 5,787 | 5,259 | 69,726 |
| Land | 41,606 | 42,488 | 501,288 |
| Construction in progress | 1,494 | 14,003 | 18,009 |
| Total property, plant and equipment | 80,864 | 79,586 | 974,275 |
| Intangible assets | | | |
| Software | 3,553 | 949 | 42,808 |
| Other | 1,986 | 3,162 | 23,928 |
| Total intangible assets | 5,539 | 4,111 | 66,737 |
| Investments and other assets | | | |
| Investment securities (Note 6 B) | 38,228 | 44,057 | 460,586 |
| Deferred tax assets | 35,017 | 35,929 | 421,897 |
| Other | 5,940 | 5,926 | 71,578 |
| Allowance for doubtful accounts | (0) | (13) | (0) |
| Total investments and other assets | 79,187 | 85,899 | 954,062 |
| Total noncurrent assets | 165,591 | 169,598 | 1,995,075 |
| Total assets | ¥1,634,297 | ¥1,760,986 | $19,690,330 |

See accompanying notes to consolidated financial statements.

| As of March 31, | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands (Note 1) |
|---|---|---|---|
| | 2011 | 2010 | 2011 |
| **Liabilities** | | | |
| Current liabilities | | | |
| Notes and accounts payable-trade | ¥214,646 | ¥264,613 | $2,586,107 |
| Income taxes payable | 32,301 | 55,666 | 389,173 |
| Provision for bonuses | 2,431 | 2,174 | 29,292 |
| Other | 83,922 | 85,082 | 1,011,110 |
| Total current liabilities | 333,301 | 407,537 | 4,015,683 |
| Noncurrent liabilities | | | |
| Provision for retirement benefits | 11,647 | 9,924 | 140,327 |
| Other | 7,486 | 6,939 | 90,203 |
| Total noncurrent liabilities | 19,134 | 16,863 | 230,530 |
| Total liabilities | 352,435 | 424,401 | 4,246,214 |
| **Net assets** | | | |
| Shareholders' equity | | | |
| Capital stock | 10,065 | 10,065 | 121,269 |
| Capital surplus | 11,734 | 11,733 | 141,379 |
| Retained earnings | 1,502,631 | 1,527,315 | 18,103,990 |
| Treasury stock | (156,663) | (156,585) | (1,887,517) |
| Total shareholders' equity | 1,367,767 | 1,392,528 | 16,479,122 |
| Other accumulated comprehensive income | | | |
| Valuation difference on available-for-sale securities | (917) | 1,661 | (11,055) |
| Foreign currency translation adjustment | (85,212) | (57,778) | (1,026,654) |
| Total other accumulated comprehensive income | (86,129) | (56,117) | (1,037,709) |
| Minority interests | 224 | 174 | 2,703 |
| Total net assets | 1,281,861 | 1,336,585 | 15,444,115 |
| Total liabilities and net assets | ¥1,634,297 | ¥1,760,986 | $19,690,330 |

See accompanying notes to consolidated financial statements.

## Consolidated Statements of Income

| Years ended March 31, | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands (Note 1) |
|---|---|---|---|
| | 2011 | 2010 | 2011 |
| Net sales | ¥1,014,345 | ¥1,434,365 | $12,221,031 |
| Cost of sales (Notes 7 A, C) | 626,379 | 859,131 | 7,546,742 |
| Gross profit | 387,965 | 575,234 | 4,674,289 |
| Selling, general and administrative expenses (Notes 7 B,C) | 216,889 | 218,666 | 2,613,122 |
| Operating income | 171,076 | 356,567 | 2,061,166 |
| Non-operating income | | | |
| Interest income | 6,870 | 8,512 | 82,776 |
| Other | 1,731 | 2,570 | 20,862 |
| Total non-operating income | 8,602 | 11,082 | 103,638 |
| Non-operating expenses | | | |
| Sales discounts | 479 | 587 | 5,782 |
| Loss on redemption of securities | | 2,131 | |
| Foreign exchange losses | 49,429 | 204 | 595,538 |
| Other | 1,667 | 401 | 20,094 |
| Total non-operating expenses | 51,577 | 3,325 | 621,415 |
| Ordinary income | 128,101 | 364,324 | 1,543,389 |
| Extraordinary income | | | |
| Reversal of allowance for doubtful accounts | 56 | 1,207 | 680 |
| Gain on sales of noncurrent assets (Note 7 D) | 105 | 126 | 1,275 |
| Gain on sales of investment securities | 24 | | 293 |
| Gain on prior periods adjustment (Note 7 F) | | 4,065 | |
| Total extraordinary income | 186 | 5,399 | 2,249 |
| Extraordinary loss | | | |
| Loss on disposal of noncurrent assets (Note 7 E) | 30 | 67 | 372 |
| Loss on sales of investment securities | 0 | | |
| Loss on valuation of investment securities | 322 | | 3,884 |
| Loss on prior periods adjustment (Note 7 G) | | 2,215 | |
| Total extraordinary losses | 353 | 2,282 | 4,256 |
| Income before income taxes and minority interests | 127,934 | 367,442 | 1,541,382 |
| Income taxes-current | 41,627 | 136,319 | 501,540 |
| Income taxes-deferred | 8,634 | 2,576 | 104,035 |
| Total income taxes | 50,262 | 138,896 | 605,575 |
| Income before minority interests | 77,671 | | 935,806 |
| Minority interests in income (loss) | 50 | (89) | 606 |
| Net income | ¥77,621 | ¥228,635 | $935,200 |

See accompanying notes to consolidated financial statements.

## Consolidated Statements of Comprehensive Income

| | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands (Note 1) |
|---|---|---|---|
| Years ended March 31, | 2011 | 2010 | 2011 |
| Income before minority interests | ¥77,671 | - | $935,806 |
| Other comprehensive income | | | |
| Valuation difference on available-for-sale securities | (2,582) | - | (31,112) |
| Foreign currency translation adjustment | (27,433) | - | (330,527) |
| Share of other comprehensive income of associates accounted for using equity method | 3 | - | 41 |
| Total other comprehensive income (Note 8 B) | (30,012) | - | (361,598) |
| Comprehensive income (Note 8 A) | 47,659 | - | 574,208 |
| (Comprehensive income attributable to) | | | |
| Comprehensive income attributable to owners of the parent | 47,608 | - | 573,602 |
| Comprehensive income attributable to minority interests | ¥50 | - | $606 |

See accompanying notes to consolidated financial statements.

## Consolidated Statements of Changes in Net Assets

### ¥

Japanese Yen in Millions

| Years ended March 31, 2011 and 2010 | Capital stock | Capital surplus | Retained earnings | Treasury stock | Total shareholders' equity | Valuation difference on available-for-sale securities | Foreign currency translation adjustment | Total other accumulated comprehensive income | Minority interests | Total net assets |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance as of March 31, 2009 | ¥10,065 | ¥11,726 | ¥1,432,958 | ¥(156,516) | ¥1,298,234 | ¥3,100 | ¥(47,428) | ¥(44,328) | ¥25 | ¥1,253,931 |
| Changes of items during the fiscal year | | | | | | | | | | |
| Dividends from surplus | - | - | (134,278) | - | (134,278) | | | | - | (134,278) |
| Net income | - | - | 228,635 | - | 228,635 | | | | - | 228,635 |
| Purchase of treasury stock | - | - | - | (74) | (74) | | | | - | (74) |
| Disposal of treasury stock | - | 6 | - | 5 | 11 | | | | - | 11 |
| Net changes of items other than shareholders' equity | - | - | - | - | - | (1,439) | (10,349) | (11,788) | 148 | (11,640) |
| Total changes of items during the fiscal year | - | 6 | 94,356 | (68) | 94,294 | (1,439) | (10,349) | (11,788) | 148 | 82,653 |
| Balance as of March 31, 2010 | 10,065 | 11,733 | 1,527,315 | (156,585) | 1,392,528 | 1,661 | (57,778) | (56,117) | 174 | 1,336,585 |
| Changes of items during the fiscal year | | | | | | | | | | |
| Dividends from surplus | - | - | (102,305) | - | (102,305) | | | | - | (102,305) |
| Net income | - | - | 77,621 | - | 77,621 | | | | - | 77,621 |
| Purchase of treasury stock | - | - | - | (79) | (79) | | | | - | (79) |
| Disposal of treasury stock | - | 1 | - | 1 | 2 | | | | - | 2 |
| Net changes of items other than shareholders' equity | - | - | - | - | - | (2,578) | (27,433) | (30,012) | 50 | (29,962) |
| Total changes of items during the fiscal year | - | 1 | (24,683) | (78) | (24,761) | (2,578) | (27,433) | (30,012) | 50 | (54,723) |
| Balance as of March 31, 2011 | ¥10,065 | ¥11,734 | ¥1,502,631 | ¥(156,663) | ¥1,367,767 | ¥(917) | ¥(85,212) | ¥(86,129) | ¥224 | ¥1,281,861 |

### $

U.S. Dollars in Thousands (Note 1)

| Years ended March 31, 2011 | Capital stock | Capital surplus | Retained earnings | Treasury stock | Total shareholders' equity | Valuation difference on available-for-sale securities | Foreign currency translation adjustment | Total other accumulated comprehensive income | Minority interests | Total net assets |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance as of March 31, 2010 | $121,269 | $141,364 | $18,401,386 | $(1,886,568) | $16,777,452 | $20,015 | $(696,126) | $(676,111) | $2,097 | $16,103,438 |
| Changes of items during the fiscal year | | | | | | | | | | |
| Dividends from surplus | - | - | (1,232,597) | - | (1,232,597) | | | | - | (1,232,597) |
| Net income | - | - | 935,200 | - | 935,200 | | | | - | 935,200 |
| Purchase of treasury stock | - | - | - | (962) | (962) | | | | - | (962) |
| Disposal of treasury stock | - | 15 | - | 14 | 29 | | | | - | 29 |
| Net changes of items other than shareholders' equity | - | - | - | - | - | (31,071) | (330,527) | (361,598) | 606 | (360,992) |
| Total changes of items during the fiscal year | - | 15 | (297,396) | (948) | (298,329) | (31,071) | (330,527) | (361,598) | 606 | (659,322) |
| Balance as of March 31, 2011 | $121,269 | $141,379 | $18,103,990 | $(1,887,517) | $16,479,122 | $(11,055) | $(1,026,654) | $(1,037,709) | $2,703 | $15,444,115 |

See accompanying notes to consolidated financial statements.

## Consolidated Statements of Cash Flows

| | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands (Note 1) |
|---|---|---|---|
| Years ended March 31, | 2011 | 2010 | 2011 |
| **Net cash provided by (used in) operating activities** | | | |
| Income before income taxes and minority interests | ¥127,934 | ¥367,442 | $1,541,382 |
| Depreciation and amortization | 6,794 | 7,098 | 81,863 |
| Increase (decrease) in allowance for doubtful accounts | (221) | (2,867) | (2,673) |
| Increase (decrease) in provision for retirement benefits | 2,586 | 41 | 31,160 |
| Interest and dividends income | (7,113) | (8,767) | (95,710) |
| Foreign exchange losses (gains) | 39,464 | (16,898) | 475,480 |
| Equity in (earnings) losses of affiliates | 40 | 58 | 491 |
| Decrease (increase) in notes and accounts receivable-trade | (12,377) | 3,833 | (149,124) |
| Decrease (increase) in inventories | 20,109 | 13,380 | 242,281 |
| Increase (decrease) in notes and accounts payable-trade | (42,172) | (50,731) | (508,101) |
| Increase (decrease) in accrued consumption taxes | (2,908) | 1,061 | (35,044) |
| Other, net | 3,515 | (1,825) | 42,355 |
| Sub-total | 135,652 | 311,837 | 1,634,362 |
| Interest and dividends income received | 7,676 | 9,595 | 92,485 |
| Interest expenses paid | (2) | (2) | (30) |
| Income taxes paid | (65,222) | (161,091) | (785,810) |
| Net cash provided by (used in) operating activities | 78,103 | 160,337 | 941,006 |
| **Net cash provided by (used in) investing activities** | | | |
| Payments into time deposits | (391,444) | (289,968) | (4,716,203) |
| Proceeds from withdrawal of time deposits | 398,561 | 247,925 | 4,801,941 |
| Purchase of short-term investment securities | (613,423) | (566,926) | (7,390,640) |
| Proceeds from sales and redemption of securities | 476,912 | 619,400 | 5,745,927 |
| Purchase of property, plant and equipment | (10,940) | (17,127) | (131,818) |
| Proceeds from sales of property, plant and equipment | 536 | 135 | 6,465 |
| Purchase of investment securities | (13,468) | (1,075) | (162,265) |
| Other, net | (771) | (6,092) | (9,295) |
| Net cash provided by (used in) investing activities | (154,038) | (12,728) | (1,855,889) |
| **Net cash provided by (used in) financing activities** | | | |
| Purchase of treasury stock | (79) | (74) | (962) |
| Cash dividends paid | (102,314) | (134,137) | (1,232,702) |
| Other, net | (61) | 364 | (744) |
| Net cash provided by (used in) financing activities | (102,456) | (133,847) | (1,234,410) |
| Effect of exchange rate change on cash and cash equivalents | (28,576) | 23,442 | (344,292) |
| Net increase (decrease) in cash and cash equivalents | (206,967) | 37,203 | (2,493,585) |
| Cash and cash equivalents at beginning of year | 931,333 | 894,129 | 11,220,890 |
| Cash and cash equivalents at end of year (Note 10) | ¥724,366 | ¥931,333 | $8,727,304 |

See accompanying notes to consolidated financial statements.

# Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

## Note 1.  Basis of Presenting Consolidated Financial Statements

The accompanying consolidated financial statements of Nintendo Co., Ltd. (the "Company") and its consolidated subsidiaries are compiled from the consolidated financial statements prepared by the Company as requested by the Financial Instruments and Exchange Act of Japan and are prepared on the basis of accounting principles and practices generally accepted in Japan, which are different in certain respects as to application and disclosure requirements of the International Financial Reporting Standards. The financial statements of the Company and its domestic subsidiaries are prepared on the basis of the accounting and relevant legal requirements in Japan. The financial statements of the overseas consolidated subsidiaries are prepared on the basis of the accounting and relevant legal requirements of their countries of domicile and no adjustment has been made to their financial statements in consolidation to the extent that significant differences do not occur, as allowed under the generally accepted accounting principles and practices in Japan.

As permitted by the Financial Instruments and Exchange Act of Japan, each amount of the accompanying consolidated financial statements is rounded down to the nearest one million yen (In the case of translation into U.S. dollars, it is rounded down to the nearest one thousand dollars). Consequently, the totals shown in the accompanying consolidated financial statements do not necessarily agree with the sums of the individual amounts.

The consolidated financial statements presented herein are stated in Japanese yen, the currency of the country in which the Company is incorporated and operates. The rate of ¥83 to U.S.$1, the approximate current rate of exchange on March 31, 2011, has been applied for the purpose of presentation of the accompanying consolidated financial statements in U.S. dollars. These amounts in U.S. dollars are included solely for convenience and should not be construed as representations that the Japanese yen amounts actually represent, have been or could be converted into U.S. dollars at this or any other rate of exchange.

The accompanying consolidated financial statements are not intended to present the consolidated financial position, results of operations and cash flows in accordance with accounting principles and practices generally accepted in countries and jurisdictions other than Japan.

## Note 2.  Significant Accounting Policies

### A. Principles of Consolidation

The accompanying consolidated financial statements include the accounts of the Company and all of its 26 subsidiaries except for one as of March 31, 2011 and 2010. One of the subsidiaries, Fukuei Co., Ltd. is not only unconsolidated, but also not being accounted for under the equity method, as it is a small scale company and its impact is not significant on the total assets, net sales, net income or loss, retained earnings and others in the consolidated financial statements. The equity method of accounting is applied to four affiliates out of five as of March 31, 2011 and 2010. One of the affiliates, Ape Inc., is not accounted for under the equity method, as it is immaterial and its impact is not significant on net income or loss, retained earnings and others in the consolidated financial statements. The names of the major subsidiaries and affiliates are shown in "Corporate Information" at page 49.

All the consolidated subsidiaries have adopted March 31, the closing date of the accompanying consolidated financial statements, as their fiscal year end except for Nintendo Phuten Co., Ltd., iQue Ltd. and iQue (China) Ltd. of December 31 as of March 31, 2011 and except for Nintendo Phuten Co., Ltd., Retro Studios, Inc., iQue Ltd. and iQue (China) Ltd. of December 31 and MONOLITH SOFTWARE INC. of the end of February as of March 31, 2010. The amounts of these subsidiaries have been included on the basis of their fiscal periods as the differences in the closing dates are within three months prior to March 31. Besides, the amounts of certain affiliates have been included on the basis of their fiscal periods within three months prior to March 31. Any necessary adjustments were made to financial statements to reflect any significant transactions from their closing dates to March 31, 2011 and 2010.

From the year ended March 31, 2011, the closing dates of Retro Studios, Inc. and MONOLITH SOFTWARE INC. have changed from December 31 and the end of February to March 31. In accordance with the change, the number of months included in the fiscal year ended March 31, 2011 is 15 and 13, respectively.

## B. Securities and Derivatives

Securities

Held-to-maturity debt securities are stated using amortized cost method on a straight-line basis. Other investment securities for which market quotations are available are stated at fair value at the balance sheet date. Unrealized gains and losses on other investment securities are recorded as "Valuation difference on available-for-sale securities" in "Net assets" at the net-of-tax amount. The cost of investment securities sold is determined based on the moving average cost.

Other investment securities for which market quotations are unavailable are stated at cost, determined by the moving average method.

Derivatives

Derivatives are stated at fair value.

## C. Inventories

Finished goods, work in process and raw materials and supplies are mainly measured by means of the cost method based on the moving average method, which evaluates the amount of the inventories shown on the balance sheet by the write-down of inventories due to decreased profitability of assets.

## D. Property, Plant and Equipment

The Company and its domestic consolidated subsidiaries compute depreciation by the declining balance method over the estimated useful lives except for certain tools, furniture and fixtures depreciated over the economic useful lives. The straight-line basis of depreciation is used for buildings, except for structures, acquired on or after April 1, 1998. Overseas consolidated subsidiaries compute depreciation by applying the straight-line basis over the period of estimated useful lives. Estimated useful lives of "Buildings and structures," one of the principal assets, are 3 to 60 years.

Leased assets are excluded from property, plant and equipment.

## E. Intangible Assets

Amortization of intangible assets, except for computer software for internal use, is computed by the straight-line basis over the estimated useful lives. Amortization of computer software for internal use is computed by the straight-line basis over the estimated internal useful lives of mainly five years.

Leased assets are excluded from intangible assets.

## F. Leased Assets

Leased assets related to finance lease transactions that do not transfer ownership are depreciated on a straight-line basis, with the lease periods used as their useful lives and no residual value.

## G. Allowance for Doubtful Accounts

The Company and its domestic consolidated subsidiaries provide the allowance for doubtful accounts based on the historical analysis of loss experience and the evaluation of uncollectible amount on individual doubtful accounts. Overseas consolidated subsidiaries provide the allowance for doubtful accounts based on the evaluation of uncollectible amount on individual accounts.

## H. Provision for Bonuses

The Company and certain consolidated subsidiaries provide the reserve for the estimated amount of bonuses to be paid to the employees.

## I. Provision for Retirement Benefits

The Company and certain consolidated subsidiaries provide the reserve for employees' retirement and severance benefits based on the projected benefit obligation and plan assets at the end of fiscal year.

Actuarial calculation differences are processed collectively in the accrued year.

## Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

### J. Translation of Foreign Currency Items

All the monetary receivables and payables of the Company and its domestic consolidated subsidiaries denominated in foreign currencies are translated into Japanese yen at the exchange rate in effect at the respective balance sheet dates. The foreign exchange gains and losses from translation are recognized in the accompanying consolidated statements of income.

With respect to financial statements of overseas subsidiaries, the balance sheet accounts are translated into Japanese yen at the exchange rate of the closing date except for shareholders' equity, which are translated at the historical rates. Revenue and expense accounts are translated into Japanese yen at the annual average exchange rate for the fiscal period. The differences resulting from such translations are included in "Foreign currency translation adjustment" or "Minority interests" in "Net assets."

### K. Amortization of Goodwill

Goodwill is fully amortized by the straight-line basis over mainly five years or, in case of immaterial amount, in the same fiscal year as incurred.

### L. Cash and Cash Equivalents in Consolidated Statements of Cash Flows

"Cash and cash equivalents" include cash on hand, time deposit which can be withdrawn on demand and certain investments, with little risk of fluctuation in value and maturity date of three months or less, which are promptly convertible to cash.

### M. Accounting for Consumption Taxes

Consumption taxes are recorded as assets or liabilities when they are paid or received.

## Note 3. Changes in Accounting Policies

### A. Equity

Effective as of the fiscal year ended March 31, 2011, the "Accounting Standard for Equity Method of Accounting for Investments" (Accounting Standards Board of Japan Statement No.16 released on March 10, 2008) and "Practical Solution on Unification of Accounting Policies Applied to Associates Accounted for Using the Equity Method" (Practical Issues Task Force No.24 dated March 10, 2008) have been adopted.

There is no impact on ordinary income or income before income taxes and minority interests.

### B. Asset Retirement Obligations

Effective as of the fiscal year ended March 31, 2011, the "Accounting Standard for Asset Retirement Obligations" (Accounting Standards Board of Japan Statement No.18 dated March 31, 2008) and the "Guidance on Accounting Standard for Asset Retirement Obligations" (Accounting Standards Board of Japan Guidance No.21 dated March 31, 2008) have been adopted.

There is no impact on ordinary income or income before income taxes and minority interests.

### C. Accounting Standard for Financial Instruments

Effective as of the fiscal year ended March 31, 2010, the "Accounting Standard for Financial Instruments" (Accounting Standards Board of Japan Statement No.10 dated January 22, 1999 and its last amendment was March 10, 2008) and "Guidance on Disclosures about Fair Value of Financial Instruments" (Accounting Standards Board of Japan Guidance No.19 dated March 10, 2008) have been adopted.

There is no impact on ordinary income or income before income taxes and minority interests.

### D. Investment Securities

Unrealized gains or losses on other investment securities for which market quotations are available had been accounted for using the partial net asset recording method. Effective as of the fiscal year ended March 31, 2010, in order to improve comparability with other companies, the accounting method has been changed to the whole net asset recording method. The impact of this change to the fiscal year ended March 31, 2010 increases ordinary income and income before income taxes and minority interests in income by ¥4,966 million and ¥2,669 million, respectively, compared to the previous method.

### E. Provision for Retirement Benefits

Effective as of the fiscal year ended March 31, 2010, the "Partial Amendments to Accounting Standard for Retirement Benefits (Part 3)" (Accounting Standards Board of Japan Statement No.19 dated July 31, 2008) has been adopted.

The impact on operating income, ordinary income and income before income taxes and minority interests is minor.

## Note 4.  Changes in Description

### A. Consolidated Balance Sheets
Effective as of the consolidated accounting period ended March 31, 2010, "Long-term accounts payable-other," has been included in "Other" due to their immateriality.

### B. Consolidated Statements of Income
Effective as of the consolidated accounting period ended March 31, 2011, "Loss on redemption of securities," individually described in the 2010 accompanying consolidated statements of income, has been included in "Other" due to their immateriality. "Other" in the 2011 accompanying consolidated statements of income included ¥809 million ($9,749 thousand) of "Loss on redemption of securities."

Effective as of the consolidated accounting period ended March 31, 2011, under the "Accounting Standard for Consolidated Financial Statements" (Accounting Standards Board of Japan Statement No.22 dated December 26, 2008), the "Cabinet Office Ordinance Partially Revising Regulation for Financial Statement, etc." (Cabinet Office Ordinance No.5 dated March 24, 2009) has been adopted and the account "Income before minority interests" has been presented.

Effective as of the consolidated accounting period ended March 31, 2010, "Selling, general and administrative expenses," has been described in a lump and material accounts and amounts are noted.
Material accounts and amounts of "Selling, general and administrative expenses" in the consolidated accounting period ended March 31, 2011 and 2010 were presented in the following "Note 7. Note to Consolidated Statements of Income."

Effective as of the consolidated accounting period ended March 31, 2010, "Interest expenses," has been included in "Other" due to its immateriality.

Effective as of the consolidated accounting period ended March 31, 2010, "Loss on redemption of securities" has been individually described from the perspective of materiality.

### C. Consolidated Statements of Cash Flows
Effective as of the consolidated accounting period ended March 31, 2010, "Interest expenses," has been included in "Other" in the net cash provided by (used in) operating activities due to their immateriality.

## Note 5.  Additional Information

### Comprehensive Income
Effective as of the fiscal year ended March 31, 2011, the "Accounting Standard for Presentation of Comprehensive Income" (Accounting Standards Board of Japan Statement No.25 dated June 30, 2010) has been adopted.
However, regarding "Other accumulated comprehensive income" and "Total other accumulated comprehensive income" for the fiscal year ended March 31, 2010, amounts for "Valuation and translation adjustments" and "Total valuation and translation adjustments" have been stated.

## Note 6.  Note to Consolidated Balance Sheets

### A. Accumulated Depreciation of Property, Plant and Equipment
Accumulated depreciation of property, plant and equipment were ¥51,577 million ($621,409 thousand) and ¥51,637 million as of March 31, 2011 and 2010, respectively.

### B. Investments in Unconsolidated Subsidiaries and Affiliates
Investments in unconsolidated subsidiaries and affiliates were ¥6,000 million ($72,297 thousand) and ¥5,940 million as of March 31, 2011 and 2010, respectively.

# Notes to Consolidated Financial Statements
Years ended March 31, 2011 and 2010

## Note 7. Note to Consolidated Statements of Income

### A. Valuation Losses on Goods
Losses incurred from the application of the write-down of inventories due to decreased profitability of assets and charged to "Cost of sales" were ¥4,236 million ($51,044 thousand) and ¥4,571 million for the years ended March 31, 2011 and 2010, respectively.

### B. Selling, General and Administrative Expenses
Advertising expenses were ¥96,359 million ($1,160,963 thousand) and ¥100,217 million, research and development expenses were ¥52,625 million ($634,043 thousand) and ¥45,461 million, salaries, allowances and bonuses were ¥19,016 million ($229,116 thousand) and ¥19,469 million, depreciation were ¥4,435 million ($53,443 thousand) and ¥3,469 million, provision for bonuses were ¥915 million ($11,026 thousand) and ¥752 million, and provision of allowance for doubtful accounts were ¥92 million ($1,111 thousand) and ¥399 million for the years ended March 31, 2011 and 2010, respectively.

### C. Research and Development Expenses
Research and development expenses incurred and charged to "Selling, general and administrative expenses" and "Cost of sales" were ¥52,756 million ($635,619 thousand) and ¥45,471 million in total for the years ended March 31, 2011 and 2010, respectively.

### D. Gain on Sales of Noncurrent Assets
Gross realized gains were ¥104 million ($1,262 thousand) on sales of land and ¥1 million ($13 thousand) on sales of machinery, equipment and vehicles for the year ended March 31, 2011, and were ¥74 million on sales of land and ¥52 million on sales of buildings and structures for the year ended March 31, 2010.

### E. Loss on Disposal of Noncurrent Assets
Gross realized losses were ¥16 million ($193 thousand) on disposal of tools, furniture and fixtures, ¥13 million ($160 thousand) on disposal of buildings and structures and ¥1 million ($18 thousand) on disposal of machinery, equipment and vehicles for the year ended March 31, 2011, and were ¥55 million on disposal of buildings and structures, ¥6 million on disposal of machinery, equipment and vehicles and ¥5 million on disposal of tools, furniture and fixtures for the year ended March 31, 2010.

### F. Gain on Prior Periods Adjustment
"Gain on prior periods adjustment" is the amount of refund for the penalties of a law suit paid in prior years for the consolidated accounting period ended March 31, 2010.

### G. Loss on Prior Periods Adjustment
"Loss on prior periods adjustments" is the amount of adjustments related to prior years in connection with redeemable points (by Club Nintendo points etc.). Effective as of the consolidated accounting period ended March 31, 2010, the granted points have been treated as deferred sales. Prior to the period, they were expensed.

## Note 8. Note to Consolidated Statements of Comprehensive Income

### A. Comprehensive Income

| Year ended March 31, 2010 | ¥ Japanese Yen in Millions |
|---|---|
| Comprehensive income | |
| Comprehensive income attributable to owners of the parent | ¥216,846 |
| Comprehensive income attributable to minority interests | (89) |
| Total | ¥216,757 |

### B. Other Comprehensive Income

| Year ended March 31, 2010 | ¥ Japanese Yen in Millions |
|---|---|
| Other comprehensive income | |
| Valuation difference on available-for-sale securities | ¥(1,434) |
| Foreign currency translation adjustment | (10,349) |
| Share of other comprehensive income of associates accounted for using equity method | (4) |
| Total | ¥(11,788) |

## Note 9. Note to Consolidated Statements of Changes in Net Assets

### Number of outstanding shares

|  | As of March 31, 2010 | Increase in the number of shares | Decrease in the number of shares | As of March 31, 2011 |
|---|---|---|---|---|
| Common stock | 141,669,000 | — | — | 141,669,000 |

|  | As of March 31, 2009 | Increase in the number of shares | Decrease in the number of shares | As of March 31, 2010 |
|---|---|---|---|---|
| Common stock | 141,669,000 | — | — | 141,669,000 |

### Number of treasury stocks

|  | As of March 31, 2010 | Increase in the number of shares | Decrease in the number of shares | As of March 31, 2011 |
|---|---|---|---|---|
| Common stock | 13,786,778 | 3,258 | 105 | 13,789,931 |

|  | As of March 31, 2009 | Increase in the number of shares | Decrease in the number of shares | As of March 31, 2010 |
|---|---|---|---|---|
| Common stock | 13,784,279 | 2,964 | 465 | 13,786,778 |

The reasons for the increase or decrease in the number of shares are as follows:
Increase due to purchase of odd lot shares and decrease due to disposal of odd lot shares by shareholders.

### Amount of dividends paid

|  | Type of share | Amount of dividends (Japanese Yen in Millions) | Dividend per share (Japanese Yen) | Record date | Effective date |
|---|---|---|---|---|---|
| Annual general shareholders' meeting held on June 29, 2010 | Common stock | ¥84,402 | ¥660 | March 31, 2010 | June 30, 2010 |
| Board of directors' meeting held on October 28, 2010 | Common stock | ¥17,903 | ¥140 | September 30, 2010 | December 1, 2010 |

|  | Type of share | Amount of dividends (Japanese Yen in Millions) | Dividend per share (Japanese Yen) | Record date | Effective date |
|---|---|---|---|---|---|
| Annual general shareholders' meeting held on June 26, 2009 | Common stock | ¥99,750 | ¥780 | March 31, 2009 | June 26, 2009 |
| Board of directors' meeting held on October 29, 2009 | Common stock | ¥34,528 | ¥270 | September 30, 2009 | December 1, 2009 |

|  | Type of share | Amount of dividends (U.S. Dollars in Thousands) | Dividend per share (U.S. Dollars) | Record date | Effective date |
|---|---|---|---|---|---|
| Annual general shareholders' meeting held on June 29, 2010 | Common stock | $1,016,894 | $7 | March 31, 2010 | June 30, 2010 |
| Board of directors' meeting held on October 28, 2010 | Common stock | $215,702 | $1 | September 30, 2010 | December 1, 2010 |

## Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

Dividends whose effective date is after the end of current fiscal year and record date is included in the current fiscal year.

| | Type of share | Amount of dividends (Japanese Yen in Millions) | Source of dividends | Dividend per share (Japanese Yen) | Record date | Effective date |
|---|---|---|---|---|---|---|
| Annual general shareholders' meeting held on June 29, 2011 | Common stock | ¥39,642 | Retained earnings | ¥310 | March 31, 2011 | June 30, 2011 |

| | Type of share | Amount of dividends (Japanese Yen in Millions) | Source of dividends | Dividend per share (Japanese Yen) | Record date | Effective date |
|---|---|---|---|---|---|---|
| Annual general shareholders' meeting held on June 29, 2010 | Common stock | ¥84,402 | Retained earnings | ¥660 | March 31, 2010 | June 30, 2010 |

| | Type of share | Amount of dividends (U.S. Dollars in Thousands) | Source of dividends | Dividend per share (U.S. Dollars) | Record date | Effective date |
|---|---|---|---|---|---|---|
| Annual general shareholders' meeting held on June 29, 2011 | Common stock | $477,620 | Retained earnings | $3 | March 31, 2011 | June 30, 2011 |

## Note 10.  Note to Consolidated Statements of Cash Flows

"Cash and cash equivalents at end of year" were reconciled to "Cash and deposits" in the accompanying consolidated balance sheets as of March 31, 2011 and 2010 as follows:

| | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands |
|---|---|---|---|
| As of March 31, | 2011 | 2010 | 2011 |
| Cash and deposits | ¥812,870 | ¥886,995 | $9,793,618 |
| Time deposits with maturities of more than three months | (153,591) | (176,035) | (1,850,497) |
| Short-term investments with an original maturity of three months or less | 65,087 | 220,373 | 784,183 |
| Cash and cash equivalents | ¥724,366 | ¥931,333 | $8,727,304 |

## Note 11.  Leases

The Company and certain consolidated subsidiaries lease tools, furniture and fixtures and other noncurrent assets.

Information of finance leases as of March 31, 2011 and 2010 were omitted as they are immaterial.

The rental commitments under noncancelable operating leases as of March 31, 2011 and 2010 were as follows:

| | ¥ | | $ |
| | Japanese Yen in Millions | | U.S. Dollars in Thousands |
| As of March 31, | 2011 | 2010 | 2011 |
|---|---|---|---|
| Due within one year | ¥1,272 | ¥1,315 | $15,332 |
| Due after one year | 4,174 | 4,876 | 50,291 |
| Total | ¥5,446 | ¥6,191 | $65,624 |

## Note 12.  Financial Instruments

### A. Condition of Financial Instruments for the Year Ended March 31, 2011 and 2010

(1) Policy for measures relating to financial instruments

The Company and its consolidated subsidiaries use only financial assets with high degrees of safety such as deposits for the management of funds. The Company and certain consolidated subsidiaries use derivatives to reduce risk as described below, and for the purpose of yield improvement of short-term financial assets, and not for speculative purposes.

(2) Details of financial instruments, risks, and risk management system

Notes and accounts receivable-trade are exposed to credit risk of customers. In order to reduce the risk, the Company and its consolidated subsidiaries monitor the credit status and transaction history, assess creditworthiness and set credit limit for each customer. Since short-term investment securities and investment securities mainly comprise bonds held to maturity issued by financial institutions that have high creditworthiness, the credit risk is minimal. Such bonds are also subject to foreign currency exchange risk and market risk. The Company and its consolidated subsidiaries closely monitor the market value of such bonds and the financial position of the issuer and review the status of these investments on a regular basis. Investment securities include stocks of companies with which the Company has business relationships. These stocks are exposed to market risk, however, the investment balance is immaterial.

Notes and accounts payable-trade and income taxes payable are all due within one year.

The Company and certain consolidated subsidiaries enter into foreign exchange forward contracts, non-deliverable forward contracts and currency option contracts to reduce risk of exchange rate fluctuations arising from deposits and trade receivables denominated in foreign currencies. Derivative transactions are exposed to foreign currency exchange risk. Derivative transactions entered into by the Company and certain consolidated subsidiaries are made within the limits of foreign currency deposits by the Finance Department or the department in charge of financial matters, after getting approval by the president or the directors in charge. Status of derivative transactions is reported to Board of Directors on a regular basis. Since counterparties of such transactions are limited to financial institutions that have high creditworthiness, the Company anticipates risk due to default is minimal.

(3) Supplementary explanation regarding fair value of financial instruments

Fair value of financial instruments is measured based on the quoted market price, if available, or rationally calculated values if a quoted market price is not available. Because estimation of fair value incorporates variable factors, adopting different assumptions might change the value. In addition, the contract amounts of the derivative transactions below in "Note 14. Derivatives" do not represent the market risk of derivative transactions.

# Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

## B. Fair value of financial instruments

(1) Amounts recognized for selective items in the consolidated balance sheet

The book value on the consolidated balance sheet, fair value, and differences as of March 31, 2011 and 2010 were as follows:

| | ¥ Japanese Yen in Millions | | | $ U.S. Dollars in Thousands | | |
|---|---|---|---|---|---|---|
| As of March, 2011 | Book value | Fair value | Difference | Book value | Fair value | Difference |
| (1)Cash and deposits | ¥812,870 | ¥812,870 | – | $9,793,618 | $9,793,618 | – |
| (2)Notes and accounts receivable-trade | 135,689 | 135,689 | – | 1,634,810 | 1,634,810 | – |
| (3)Short-term investment securities and investment securities | | | | | | |
| a. Held-to-maturity debt securities | 343,968 | 343,909 | ¥(58) | 4,144,200 | 4,143,493 | $(706) |
| b. Other securities | 46,278 | 46,278 | – | 557,566 | 557,566 | – |
| Total assets | 1,338,806 | 1,338,747 | ¥(58) | 16,130,196 | 16,129,489 | $(706) |
| (1)Notes and accounts payable-trade | 214,646 | 214,646 | – | 2,586,107 | 2,586,107 | – |
| (2)Income taxes payable | 32,301 | 32,301 | – | 389,173 | 389,173 | – |
| Total liabilities | 246,948 | 246,948 | – | 2,975,280 | 2,975,280 | – |
| Derivatives | ¥(2,777) | ¥(2,777) | – | $(33,464) | $(33,464) | – |

| | ¥ Japanese Yen in Millions | | |
|---|---|---|---|
| As of March, 2010 | Book value | Fair value | Difference |
| (1)Cash and deposits | ¥886,995 | ¥886,995 | – |
| (2)Notes and accounts receivable-trade | 131,876 | 131,876 | – |
| (3)Short-term investment securities and investment securities | | | |
| a. Held-to-maturity debt securities | 356,887 | 356,845 | ¥(41) |
| b. Other securities | 46,368 | 46,368 | – |
| Total assets | 1,422,127 | 1,422,086 | ¥(41) |
| (1)Notes and accounts payable-trade | 264,613 | 264,613 | – |
| (2)Income taxes payable | 55,666 | 55,666 | – |
| Total liabilities | 320,280 | 320,280 | – |
| Derivatives | ¥(1,001) | ¥(1,001) | – |

[Note1]  Fair value measurement of financial instruments, items relating to securities and derivative transactions

Cash and deposits, notes and accounts receivable-trade
The book value approximates fair value because of the short maturity of these items.

Short-term investment securities and investment securities
The fair value of stocks equal quoted market price. Bonds are valued at the price provided by financial institutions. Securities classified by purpose of holding are described in "Note 13. Short-term Investment Securities and Long-term Investment Securities."
Notes and accounts payable-trade and income taxes payable
The book value approximates fair value because of the short maturity of these items.

Derivative transactions
Net amounts of receivables / payables arising from derivative transactions are shown. Items that are not payables are shown in parenthesis.
Measurement of fair value and natures of transactions relating to derivatives are described in "Note 14. Derivatives."

[Note2]  Unlisted stocks (¥6,188 million or $74,563 thousand and ¥6,128 million in the consolidated balance sheet for the years ended March 31, 2011 and 2010, respectively) which do not have market prices and of which future cash flows cannot be estimated are not included in "short-term investment securities and investment securities," since the estimation of fair value is deemed to be extremely difficult.

(2) Redemption schedule for monetary assets and securities with maturity subsequent to the consolidated balance sheets date as of March 31, 2011 and 2010 were as follows:

| | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands | |
|---|---|---|---|---|
| As of March, 2011 | Due within one year | Due after one year through five years | Due within one year | Due after one year through five years |
| Cash and deposits | ¥812,870 | - | $9,793,618 | - |
| Notes and accounts receivable-trade | 135,689 | - | 1,634,610 | - |
| Short-term investment securities and long-term investment securities | | | | |
| Held-to-maturity debt securities | | | | |
| Certificate of deposits | 305,824 | - | 3,684,633 | - |
| Money held in trust | 15,000 | - | 180,722 | - |
| Corporate and government bonds | 23,122 | - | 278,579 | - |
| Other investment securities with maturity | | | | |
| Corporate and government bonds | 14,135 | ¥9,978 | 170,307 | $120,216 |
| Total | ¥1,306,641 | ¥9,978 | $15,742,671 | $120,216 |

| | ¥ Japanese Yen in Millions | |
|---|---|---|
| As of March, 2010 | Due within one year | Due after one year through five years |
| Cash and deposits | ¥886,995 | - |
| Notes and accounts receivable-trade | 131,876 | - |
| Short-term investment securities and long-term investment securities | | |
| Held-to-maturity debt securities | | |
| Certificate of deposits | 315,816 | - |
| Money held in trust | 10,000 | - |
| Corporate and government bonds | 31,066 | - |
| Other investment securities with maturity | | |
| Corporate and government bonds | 8,373 | ¥26,981 |
| Total | ¥1,384,129 | ¥26,981 |

# Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

Note 13.  Short-term Investment Securities and Long-term Investment Securities

Held-to-maturity debt securities as of March 31, 2011 and 2010 were as follows:

| | ¥ Japanese Yen in Millions | | | $ U.S. Dollars in Thousands | | |
|---|---|---|---|---|---|---|
| As of March, 2011 | Book value | Fair value | Difference | Book value | Fair value | Difference |
| Securities whose fair value exceed their book value on the accompanying consolidated balance sheets | ¥1,685 | ¥1,704 | ¥19 | $20,301 | $20,541 | $240 |
| Securities whose fair value do not exceed their book value on the accompanying consolidated balance sheets | 342,283 | 342,205 | (78) | 4,123,899 | 4,122,952 | (946) |
| Total | ¥343,968 | ¥343,909 | ¥(58) | $4,144,200 | $4,143,493 | $(706) |

| | ¥ Japanese Yen in Millions | | |
|---|---|---|---|
| As of March, 2010 | Book value | Fair value | Difference |
| Securities whose fair value exceed their book value on the accompanying consolidated balance sheets | ¥3,725 | ¥3,728 | ¥2 |
| Securities whose fair value do not exceed their book value on the accompanying consolidated balance sheets | 353,161 | 353,117 | (43) |
| Total | ¥356,887 | ¥356,845 | ¥(41) |

Other securities as of March 31, 2011 and 2010 were as follows:

| As of March, 2011 | ¥ Japanese Yen in Millions | | | $ U.S. Dollars in Thousands | | |
|---|---|---|---|---|---|---|
| | Book value | Acquisition cost | Difference | Book value | Acquisition cost | Difference |
| Securities whose book value on the accompanying consolidated balance sheets exceed their acquisition cost | | | | | | |
| Equity securities | ¥5,597 | ¥1,770 | ¥3,827 | $67,443 | $21,327 | $46,116 |
| Sub-total | 5,597 | 1,770 | 3,827 | 67,443 | 21,327 | 46,116 |
| Securities whose book value on the accompanying consolidated balance sheets do not exceed their acquisition cost | | | | | | |
| Equity securities | 3,841 | 4,165 | (324) | 46,281 | 50,190 | (3,908) |
| Debt securities | 36,838 | 41,886 | (5,047) | 443,841 | 504,661 | (60,819) |
| Sub-total | 40,680 | 46,052 | (5,372) | 490,123 | 554,851 | (64,727) |
| Total | ¥46,278 | ¥47,822 | ¥(1,544) | $557,566 | $576,178 | $(18,611) |

| As of March, 2010 | ¥ Japanese Yen in Millions | | |
|---|---|---|---|
| | Book value | Acquisition cost | Difference |
| Securities whose book value on the accompanying consolidated balance sheets exceed their acquisition cost | | | |
| Equity securities | ¥7,784 | ¥2,449 | ¥5,335 |
| Debt securities | 4,814 | 4,620 | 193 |
| Sub-total | 12,599 | 7,069 | 5,529 |
| Securities whose book value on the accompanying consolidated balance sheets do not exceed their acquisition cost | | | |
| Equity securities | 3,521 | 3,813 | (291) |
| Debt securities | 30,246 | 32,682 | (2,435) |
| Sub-total | 33,768 | 36,495 | (2,726) |
| Total | ¥46,368 | ¥43,565 | ¥2,802 |

[Note1]  Unlisted stocks (¥188 million or $2,266 thousand and ¥188 million in the consolidated balance sheet for the years ended March 31, 2011 and 2010, respectively) which do not have market prices and of which future cash flows cannot be estimated are not included since the estimation of fair value is deemed to be extremely difficult.

[Note2]  Information of proceeds from sales of other securities and impairment of securities for the year ended March 31, 2011 were omitted as their amounts are immaterial.

# Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

## Note 14.  Derivatives

Derivative contracts not subject to hedge accounting as of March 31, 2011 were as follows:

| As of March 31, 2011 | ¥ Japanese Yen in Millions | | | $ U.S. Dollars in Thousands | | |
|---|---|---|---|---|---|---|
| | Contract amount | Fair value | Unrealized gain (loss) | Contract amount | Fair value | Unrealized gain (loss) |
| Exchange forward contracts | | | | | | |
| Selling Canadian Dollar | ¥1,305 | ¥(9) | ¥(9) | $15,727 | $(109) | $(109) |
| Selling British Pound | 2,709 | 49 | 47 | 32,649 | 591 | 568 |
| Non-deliverable forward contracts | | | | | | |
| Selling South Korean Won | 1,160 | (47) | (47) | 13,981 | (571) | (571) |
| Currency options | | | | | | |
| Written call options | | | | | | |
| U.S. Dollar | 75,126 | | | 905,136 | | |
| (Premium) | 437 | 449 | (11) | 5,273 | 5,414 | (140) |
| Euro | 186,678 | | | 2,249,139 | | |
| (Premium) | 1,649 | 3,606 | (1,957) | 19,868 | 43,451 | (23,582) |
| Purchased put options | | | | | | |
| U.S. Dollar | 25,042 | | | 301,712 | | |
| (Premium) | 587 | 497 | (89) | 7,077 | 5,995 | (1,082) |
| Euro | 62,226 | | | 749,713 | | |
| (Premium) | 1,499 | 788 | (711) | 18,064 | 9,495 | (8,568) |
| Total | | | ¥(2,779) | | | $(33,486) |

[Note]   No derivative contracts were due after one year.
The fair value as of March 31, 2011 is estimated based on price quoted by financial institutions where we have agreements.

Derivative contracts as of March 31, 2010 were as follows:

| As of March 31, 2010 | ¥ Japanese Yen in Millions | | |
|---|---|---|---|
| | Contract amount | Fair value | Unrealized gain (loss) |
| Exchange forward contracts | | | |
| Selling Canadian Dollar | ¥1,831 | ¥(49) | ¥(49) |
| Selling British Pound | 4,842 | (70) | (70) |
| Non-deliverable forward contracts | | | |
| Selling South Korean Won | 2,388 | (155) | (155) |
| Currency options | | | |
| Written call options | | | |
| U.S. Dollar | 160,377 | | |
| (Premium) | 1,394 | 2,315 | (920) |
| Euro | 351,429 | | |
| (Premium) | 2,336 | 2,113 | 222 |
| Australian Dollar | 2,861 | | |
| (Premium) | 69 | 145 | (76) |
| Purchased put options | | | |
| U.S. Dollar | 53,459 | | |
| (Premium) | 1,302 | 898 | (404) |
| Euro | 117,143 | | |
| (Premium) | 2,497 | 2,949 | 452 |
| Total | | | ¥(1,001) |

[Note]   No derivative contracts were due after one year.
The fair value as of March 31, 2010 is estimated based on price quoted by financial institutions where we have agreements.

## Note 15.  Retirement Benefits

The Company has a tax approved pension scheme and lump-sum severance payments plan which is a defined benefit plan. Certain consolidated subsidiaries have defined contribution plans as well as defined benefit plans. The Company and certain consolidated subsidiaries may also pay extra retirement allowance to employees.

Retirement benefit obligations as of March 31, 2011 and 2010 were as follows:

| As of March 31, | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands |
|---|---|---|---|
| | 2011 | 2010 | 2011 |
| a. Retirement benefit obligation | ¥(29,713) | ¥(27,607) | $(357,993) |
| b. Plan assets | 18,066 | 17,692 | 217,665 |
| c. Unfunded retirement benefit obligation | (11,647) | (9,924) | (140,327) |
| d. Net pension liability recognized in the accompaying consolidated balance sheets | (11,647) | (9,924) | (140,327) |
| e. Provision for retirement benefits | ¥(11,647) | ¥(9,924) | $(140,327) |

[Note]   Certain consolidated subsidiaries adopt a concise procedure to estimate retirement benefit obligation

Retirement benefit costs for the years ended March 31, 2011 and 2010 were as follows:

| Years ended March 31, | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands |
|---|---|---|---|
| | 2011 | 2010 | 2011 |
| a. Service cost | ¥1,829 | ¥1,575 | $22,042 |
| b. Interest cost | 776 | 775 | 9,351 |
| c. Expected return on plan assets | (437) | (357) | (5,276) |
| d. Amortization of actuarial difference | 1,822 | (78) | 21,960 |
| e. Retirement benefit cost | 3,990 | 1,915 | 48,077 |
| f. Other | 858 | 939 | 10,340 |
| g. Total | ¥4,848 | ¥2,854 | $58,418 |

[Note]   "a. Service cost" includes retirement benefit costs of the subsidiaries which adopt a concise procedure to estimate retirement benefit obligation
"f. Other" is mainly contribution amount with related to defined contribution plans

Assumptions used in calculation of retirement benefits for employees:

Year ended March 31, 2011

| | |
|---|---|
| a. Method of attributing benefits to years of service: | Straight-line basis |
| b. Discount rate: | 1.2% to 5.3% |
| c. Expected return rate on plan assets: | 1.3% to 7.5% |
| d. Amortization years of actuarial difference: | Fully amortized in the same fiscal year as incurred |

Year ended March 31, 2010

| | |
|---|---|
| a. Method of attributing benefits to years of service: | Straight-line basis |
| b. Discount rate: | 1.3% to 5.75% |
| c. Expected return rate on plan assets: | 1.5% to 7.5% |
| d. Amortization years of actuarial difference: | Fully amortized in the same fiscal year as incurred |

# Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

## Note 16.  Income Taxes

Significant components of deferred tax assets and liabilities as of March 31, 2011 and 2010 were summarized as follows:

| As of March 31, | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands |
|---|---|---|---|
| | 2011 | 2010 | 2011 |
| Deferred tax assets: | | | |
| Research and development expenses | ¥30,095 | ¥24,024 | $362,592 |
| Inventory - write-downs and elimination of unrealized profit | 9,862 | 19,760 | 118,825 |
| Revenue recognition for tax purposes | 7,690 | - | 92,659 |
| Other accounts payable and accrued expenses | 5,575 | 7,976 | 67,176 |
| Provision for retirement benefits | 4,351 | 3,948 | 52,433 |
| Loss on valuation of investment securities | 3,815 | 4,575 | 45,967 |
| Accrued enterprise tax | 2,600 | 3,885 | 31,330 |
| Valuation difference on available-for-sale securities | 2,181 | - | 26,279 |
| Accumulated depreciation expenses | - | 3,190 | - |
| Land | - | 2,297 | - |
| Other | 10,323 | 14,627 | 124,379 |
| Gross deferred tax assets | 76,496 | 84,286 | 921,644 |
| Valuation allowance | (2,763) | (286) | (33,294) |
| Total deferred tax assets | 73,733 | 83,999 | 888,349 |
| Deferred tax liabilities: | | | |
| Undistributed retained earnings of subsidiaries and affiliates | (7,286) | (6,957) | (87,789) |
| Valuation difference on available-for-sale securities | (1,554) | (2,244) | (18,723) |
| Other | (2,270) | (3,675) | (27,361) |
| Total deferred tax liabilities | (11,111) | (12,877) | (133,872) |
| Net deferred tax assets | ¥62,621 | ¥71,122 | $754,477 |

[Note]   Amounts for items with a bar were omitted as it is immaterial.

Reconciliation of the statutory tax rate and the effective tax rate for the year ended March 31, 2011 was omitted as the difference between the statutory tax rate and the effective tax rate after tax effect accounting was equal to or less than a five hundredth of the statutory tax rate.

Reconciliation for the year ended March 31, 2010 was as follows:

| | 2010 |
|---|---|
| Statutory tax rate | 40.6 % |
| (Reconciliations) | |
| Foreign tax credit on retained earnings of the overseas consolidated subsidiaries | 0.3 % |
| Special deduction applied to the gross research and development expenses | (0.3)% |
| Different tax rates applied to the consolidated subsidiaries | (1.1)% |
| Other | (1.7)% |
| Effective tax rate after tax effect accounting | 37.8 % |

**Note 17.** Asset Retirement Obligations

Information of asset retirement obligations for the year ended March 31, 2011 was omitted as its amount is immaterial.

**Note 18.** Real Estate for Rent

Effective as of the fiscal year ended March 31, 2010, the "Accounting Standard for Disclosures about Fair Value of Investment and Rental Property (ASBJ Statement No.20)" and the "Guidance on Accounting Standard for Disclosures about Fair Value of Investment and Rental Property (ASBJ Guidance No.23)" have been adopted. Information of real estate for rent for the years ended March 31, 2011 and 2010 were omitted as their amounts are immaterial.

**Note 19.** Segment Information

Year ended March 31, 2011

**A. Segment Information**

The main business of Nintendo (Nintendo Co., Ltd. (the "Company") and its consolidated subsidiaries) is developing, manufacturing, and distributing handheld and home console hardware machines and related software. Development and manufacturing of products for worldwide use are primarily done by the Company. The Company distributes products in Japan while distribution in overseas markets is done by each local subsidiary.

Nintendo operates as a single operating segment with each major geographic subsidiary solely responsible for distributing handheld and home console hardware machines and related software to its local market and there is no difference by product in terms of distribution channels or markets. While analysis of product sales results is made by product category or by region, decision for allocation of the management resources and evaluation of business results are made on a company-wide basis, not based on a product category or region basis. Therefore, this information is omitted.

Effective as of the fiscal year ended March 31, 2011, the "Accounting Standard for Disclosures about Segments of an Enterprise and Related information (ASBJ Statement No.17 dated March 27, 2009)" and the "Guidance on the Accounting Standard for Disclosures about Segments of an Enterprise and Related information (ASBJ Guidance No.20 dated March 21, 2008)" have been adopted.

**B. Information about products and services**

¥

Japanese Yen in Millions

| Year ended March 31, 2011 | Handheld Hardware | Home Console Hardware | Handheld Software | Home Console Software | Other | Total |
|---|---|---|---|---|---|---|
| Sales to third parties | ¥298,653 | ¥242,851 | ¥167,068 | ¥221,493 | ¥84,279 | ¥1,014,345 |

$

U.S. Dollars in Thousands

| Year ended March 31, 2011 | Handheld Hardware | Home Console Hardware | Handheld Software | Home Console Software | Other | Total |
|---|---|---|---|---|---|---|
| Sales to third parties | $3,598,233 | $2,925,919 | $2,012,876 | $2,668,591 | $1,015,410 | $12,221,031 |

# Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

## C. Information about geographic areas



Japanese Yen in Millions

| Year ended March 31, 2011 | Japan | The United States | Other | Total |
|---|---|---|---|---|
| Sales | ¥167,893 | ¥398,352 | ¥448,099 | ¥1,014,345 |
| Property, plant and equipment | ¥54,483 | ¥22,689 | ¥3,692 | ¥80,864 |



U.S. Dollars in Thousands

| Year ended March 31, 2011 | Japan | The United States | Other | Total |
|---|---|---|---|---|
| Sales | $2,022,817 | $4,799,423 | $5,398,789 | $12,221,031 |
| Property, plant and equipment | $656,423 | $273,365 | $44,486 | $974,275 |

[Note]   Sales are categorized by countries based on the location of the customer.
Property, plant and equipment are categorized by countries based on its location.

## D. Information about Major Customers
There were no major customers accounting for over 10% of sales in the consolidated financial statements of income within sales to third parties.

## E. Information about impairment loss of fixed assets in reportable segments
The information was omitted as the Company operates as a single operating segment.

## F. Information about goodwill in reportable segments
The information was omitted as the Company operates as a single operating segment.

## G. Information about gain from negative goodwill in reportable segments
The information was omitted as the Company operates as a single operating segment.

Year ended March 31, 2010

## A. Segment Information by Business Categories

The Company and its consolidated subsidiaries operate predominantly in one business category, "the electronic entertainment products," which accounted for over 90% of total net sales, operating income or loss and total assets for the year ended March 31, 2010. This information is not required.

## B. Segment Information by Geographic Division of the Companies

¥

Japanese Yen in Millions

| Year ended March 31, 2010 | Japan | The Americas | Europe | Other | Total | Eliminations or corporate | Consolidated |
|---|---|---|---|---|---|---|---|
| **Net sales and operating income** | | | | | | | |
| Net sales | | | | | | | |
| Sales to third parties | ¥231,424 | ¥640,879 | ¥481,270 | ¥80,791 | ¥1,434,365 | - | ¥1,434,365 |
| Inter-segment sales | 985,649 | 2,225 | 39 | 273 | 988,189 | ¥(988,189) | - |
| Total net sales | 1,217,074 | 643,104 | 481,310 | 81,065 | 2,422,554 | (988,189) | 1,434,365 |
| Operating expenses | 922,928 | 603,303 | 463,298 | 77,292 | 2,066,822 | (989,023) | 1,077,798 |
| Operating income | ¥294,145 | ¥39,801 | ¥18,011 | ¥3,773 | ¥355,732 | ¥934 | ¥356,567 |
| Total assets | ¥1,413,259 | ¥324,238 | ¥185,136 | ¥32,106 | ¥1,954,740 | ¥(193,753) | ¥1,760,986 |

[Note1]   The following footnotes are applicable for the year ended March 31, 2010.

[Note2]   The segmentation of country or region is based on the geographical proximity.
The major countries or regions in "The Americas" are the United States and Canada.
The major countries or regions in "Europe" are Germany, France, the United Kingdom, the Netherlands, Spain and Italy.
The major countries or regions in "Other" are Australia, South Korea, China and Taiwan.

## C. Sales to Overseas Customers

¥

Japanese Yen in Millions

| Year ended March 31, 2010 | The Americas | Europe | Other | Total |
|---|---|---|---|---|
| Sales to overseas customers | ¥642,523 | ¥477,931 | ¥86,208 | ¥1,206,663 |
| Consolidated net sales | | | | ¥1,434,365 |
| Ratio of overseas sales to consolidated net sales | 44.8% | 33.3% | 6.0% | 84.1% |

[Note1]   The following footnotes are applicable for the years ended March 31, 2010.

[Note2]   "Sales to overseas customers" are the total amount of sales of the Company and consolidated subsidiaries to the customers outside Japan.
The segmentation of country or region is based on the geographical proximity.
The major countries or regions in "The Americas" are the United States and Canada.
The major countries or regions in "Europe" are Germany, France, the United Kingdom, the Netherlands, Spain and Italy.
The major countries or regions in "Other" are Australia, South Korea, China and Taiwan.

# Notes to Consolidated Financial Statements

Years ended March 31, 2011 and 2010

## Note 20.  Related Party Transactions

Not applicable.

## Note 21.  Per Share Information

| Years ended March 31, | ¥ Japanese Yen | | $ U.S. Dollars |
| --- | --- | --- | --- |
| | 2011 | 2010 | 2011 |
| Net assets per share | ¥10,022.26 | ¥10,450.33 | $120.75 |
| Net income per share | ¥606.99 | ¥1,787.84 | $7.31 |

Diluted earnings per share are omitted as no residual securities were outstanding as of March 31, 2011 and 2010.

The basis of calculation of net assets per share is as follows:

| Years ended March 31, | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands |
| --- | --- | --- | --- |
| | 2011 | 2010 | 2011 |
| Net income | ¥77,621 | ¥228,635 | $935,200 |
| Amount unrelated to common shareholders | — | — | |
| Net income related to common stock | ¥77,621 | ¥228,635 | $935,200 |

| Years ended March 31, | Number of shares in Thousands | |
| --- | --- | --- |
| | 2011 | 2010 |
| Average number of shares (common stock) | 127,880 | 127,883 |

## Note 22.  Significant Subsequent Events

Not applicable.

## Note 23.  Supplemental Schedule of Bonds

Not applicable.

## Note 24.  Supplemental Schedule of Borrowings

The information of borrowings as of March 31, 2011 and 2010 were as follows:

| | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands |
|---|---|---|---|
| As of March 31; | 2011 | 2010 | 2011 |
| Short-term loans payable | ¥125 | ¥125 | $1,506 |
| Long-term loans payable due within one year | – | – | – |
| Lease obligations due within one year | 62 | 65 | 751 |
| Long-term loans payable due after one year | – | – | – |
| Lease obligations due after one year | 94 | 157 | 1,133 |
| Other liabilities with interest | – | – | – |
| Total | ¥281 | ¥347 | $3,391 |

[Note]   The average interest rate of "Short-term loans payable" is 1.1%.
The balance and interest rate used for the calculation of the average interest rate of "Short-term loans payable" are those at the end of the period.
The average interest rates of lease obligations are omitted as the interests equivalent included in total lease payments are allocated to each consolidated fiscal year by straight-line basis.
The due, excluding within one year, of lease obligations falls between April 2012 and September 2013.

As for lease obligations, long-term borrowings and other liabilities with interest, excluding due within one year, repayment schedule for the next five years after the current consolidated closing date are as follows:

| | ¥ Japanese Yen in Millions | | $ U.S. Dollars in Thousands | |
|---|---|---|---|---|
| As of March 31, 2011 | Due after one year through two years | Due after two years through three years | Due after one year through two years | Due after two years through three years |
| Lease obligations | ¥53 | ¥40 | $649 | $483 |

## Note 25.  Supplemental Schedule of Asset Retirement Obligations

The amounts of asset retirement obligations for March 31, 2011 and 2010 were less than or equal to a hundredth of the sum of liabilities and net assets for each year, therefore the information is omitted.

# Notes to Consolidated Financial Statements
Years ended March 31, 2011 and 2010

## Note 26. Others

Quarterly information of the consolidated fiscal year ended March 31, 2011 was as follows:



¥
Japanese Yen in Millions

| Year ended March 31, 2011 | First quarter | Second quarter | Third quarter | Fourth quarter |
|---|---|---|---|---|
| Net sales | ¥189,646 | ¥174,513 | ¥444,830 | ¥206,354 |
| Income before income taxes and minority interests | (45,938) | 41,956 | 84,551 | 47,364 |
| Net income | ¥(25,216) | ¥23,205 | ¥51,569 | ¥28,064 |



¥
Japanese Yen

| Year ended March 31, 2011 | First quarter | Second quarter | Third quarter | Fourth quarter |
|---|---|---|---|---|
| Net income per share | ¥(197.19) | ¥181.46 | ¥403.26 | ¥219.46 |

$
U.S. Dollars in Thousands

| Year ended March 31, 2011 | First quarter | Second quarter | Third quarter | Fourth quarter |
|---|---|---|---|---|
| Net sales | $2,272,851 | $2,102,572 | $5,359,404 | $2,486,203 |
| Income before income taxes and minority interests | (553,470) | 505,504 | 1,018,687 | 570,661 |
| Net income | $(303,819) | $279,581 | $621,317 | $338,120 |

$
U.S. Dollars

| Year ended March 31, 2011 | First quarter | Second quarter | Third quarter | Fourth quarter |
|---|---|---|---|---|
| Net income per share | $(2.38) | $2.19 | $4.86 | $2.64 |

# Corporate Information

## Board of Directors

**President**
Satoru Iwata*

**Senior Managing Directors**
Yoshihiro Mori*
Shinji Hatano*
Genyo Takeda*
Shigeru Miyamoto*
Nobuo Nagai*

**Managing Directors**
Masaharu Matsumoto
Eiichi Suzuki

**Directors**
Tatsumi Kimishima
Kaoru Takemura

**Corporate Auditors**
Ichiro Nakaji
Minoru Ueda
Yoshiro Kitano
Naoki Mizutani
Katashi Ozaki

*Representative Director
As of June 29, 2011

### Common Stock
Nintendo Co., Ltd.
common stock is listed on the Osaka
Securities Exchange, Section 1
and the Tokyo Stock Exchange,
Section 1.

### Annual Meeting
The Annual General Meeting of
Shareholders for the fiscal year
ended March 31, 2011 was held
on June 29, 2011
at Nintendo Co., Ltd., Kyoto, Japan.

### Independent Auditor
Kyoto Audit Corporation
Kyoto, Japan

## Principal offices and facilities
[Domestic]

**Corporate Headquarters**
11-1, Kamitoba Hokotate-cho,
Minami-ku,
Kyoto 601-8501,
Japan
Tel : 81-75-662-9600

**Plants**
Uji Plant

**Offices and Distribution Center**
Tokyo Branch Office
Osaka Branch Office

### Principal consolidated subsidiaries
[Overseas]

Nintendo of America Inc.
Nintendo of Canada Ltd.
Nintendo of Europe GmbH
Nintendo France S.A.R.L.
Nintendo Benelux B.V.
Nintendo Ibérica, S.A.
Nintendo Australia Pty. Ltd.
Nintendo of Korea Co., Ltd.

## Other consolidated subsidiaries

**Domestic:**
ND CUBE Co., Ltd.
Brownie Brown Inc.
MONOLITH SOFTWARE INC.
Project Sora Co., Ltd.
Wii no Ma Co., Ltd.
Mario Club Co., Ltd.

**Overseas:**
Nintendo Phuten Co., Ltd.
iQue (China) Ltd.
Nintendo Technology Development Inc.
Nintendo Software Technology Corporation
SiRAS.com Inc.
Retro Studios, Inc.
Nintendo (Hong Kong) Limited
Four other companies

### Non-consolidated subsidiary with equity method non-applied
**Domestic:**
Fukuei Co., Ltd.

### Affiliated companies with equity method applied
**Domestic:**
The Pokémon Company
WARPSTAR, Inc.

**Overseas:**
Two companies

### Affiliated company with equity method non-applied
**Domestic:**
Ape inc.

# Contact Information

## Investors Relations

**Nintendo Co., Ltd.**
**General Accounting and**
   **Control Department**
   **Investors Relations Group**
11-1, Kamitoba Hokotate-cho,
Minami-ku,
Kyoto 601-8501,
Japan
Tel : 81-75-662-9614
E-mail: ir@nintendo.co.jp

## Corporate Communications

**Nintendo Co., Ltd.**
**Corporate Communication**
   **Department**
11-1, Kamitoba Hokotate-cho,
Minami-ku,
Kyoto 601-8501,
Japan
Tel : 81-75-662-9600

**Nintendo of America Inc.**
**Corporate Communications**
   **Department**
2000 Bridge Parkway
Ste 200,
Redwood City, CA 94065
Tel : 1-650-226-4040

For IR information in English, please visit
**http://www.nintendo.co.jp/ir/en/index.html**

For business in the U. S., please visit
**http://www.nintendo.com**





## Oversized AR Card* Instructions

*The oversized AR Card is a magnified AR Card image printed on the front page of this annual report

The oversized AR Card at the front page can be used to create impressively larger-than-life Mii™ characters with your Nintendo 3DS™ system. Prior to using this card, read these instructions carefully for details on proper usage of the oversized AR Card.
Make sure to also read the Nintendo 3DS Operations Manual included with your Nintendo 3DS system.

### How to Use:

The oversized AR Card is to be used exclusively with Mii Pics and Star Pics AR Card games.

* Mii Pics can be selected after clearing the Archery AR Game. If it cannot be selected, use the AR Card included with the Nintendo 3DS system to clear Archery first. If you do not have an AR Card, they can be downloaded from the official Nintendo website.

(1) Select AR Games from the Nintendo 3DS HOME Menu.
(2) Place the oversized AR Card in a flat, well-lit area, and move the Nintendo 3DS back 4 feet (120cm) so the entire card is within camera view.
(3) Once the Nintendo 3DS has recognized the card, select Mii Pics.

* Press the X Button to cycle through 3 different Mii character sizes. Pressing the A, B, and Y Buttons to change the Mii character's pose, expression, etc. You can also use the Circle Pad to change the Mii character's position or angle.

### If the oversized AR Card cannot be recognized:

- Hold the Nintendo 3DS system 4 feet (120cm) away so that the entire card is within camera view.
- Place the card in a well-lit area. Make sure bright light from lamps, etc. is not directly shining on the card.
- If the Nintendo 3DS system's outer cameras are dirty, wipe them clean with a soft cloth.
- If the card is bent or folded, it cannot be recognized. Please smooth out the card.

**Check your surroundings..** When playing AR Card games, make sure you have enough room to move around and hold the system firmly with both hands. The oversized AR Card may not work outdoors.





MIX
Paper from
responsible sources