IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC,<br><br>         Plaintiffs,<br><br>     v.<br><br>NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.,<br><br>         Defendants. | C.A. No. 13-824-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF FIRM NAME

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP has changed its firm name to Liner LLP effective immediately. The address, telephone numbers, and e-mail addresses will remain the same. As a result, the address for the firm is as follows:

Liner LLP
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Please update your records to reflect this change.

Dated: January 3, 2014

                                */s/ Kenneth L. Dorsney*
                                Kenneth L. Dorsney (#3726)
                                MORRIS JAMES LLP
                                500 Delaware Avenue, Suite 1500

*Pro Hac Vice:*                    Wilmington, DE 19801
                                (302) 888-6800
Randall J. Sunshine           kdorsney@morrisjames,com
Ted S. Ward
Kim Zeldin
Edward A. Klein
Ryan E. Hatch
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
(310) 500-3500
rsunshine@linerlaw.com
tward@linerlaw.com
kzeldin@linerlaw.com
eklein@linerlaw.com
rhatch@linerlaw.com

*Attorneys for Plaintiffs Ithaca Ventures k.s.*
*and Ithaca Development, LLC*