**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO OF AMERICA INC. and NINTENDO CO., LTD., <br><br> Defendants. | C.A. No. 13-824-GMS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Ithaca Ventures K.S. and Ithaca Development, LLC (collectively "Ithaca" or "Plaintiffs")

by and through their counsel, hereby gives notice that Ted S. Ward is no longer a member of

Liner LLP.  Morris James LLP and Liner LLP continue to represent Ithaca through attorneys

Kenneth L. Dorsney, Randall J. Sunshine, Ryan E. Hatch, and Edward A. Klein, all of whom

previously appeared on behalf of Plaintiffs and should continue to receive notices, pleadings and

further correspondence.


Dated: August 25, 2014

By:      */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1464
(302) 888-6800
kdorsney@morrisjames.com

1

2

*Pro Hac Vice:*

Randall J. Sunshine
Ryan E. Hatch
Edward A. Klein
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
(310) 500-3500
rsunshine@linerlaw.com
eklein@linerlaw.com
rhatch@linerlaw.com

*Attorneys for Plaintiffs Ithaca Ventures k.s.*
*and Ithaca Development, LLC*