IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO OF AMERICA INC. and NINTENDO CO., LTD., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 13-824-GMS ) ) ) ) ) ) ) |

### ORDER

At Wilmington, this 25th day of September, 2014, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT:

1. Nintendo's Motion to Transfer Case to Western District of Washington (D.I. 10) is GRANTED;

2. Nintendo's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (D.I. 16) is DENIED as moot; and

3. The above-captioned action is transferred to the U.S. District Court for the Western District of Washington.

_____
UNITED STATES DISTRICT JUDGE