THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.,<br><br>    Defendants. | No.  2:14:cv-01512-RSL<br><br>NOTICE OF APPEARANCE FOR COUNSEL FOR NINTENDO: JERRY A. RIEDINGER, TYLER C. PETERSON AND KIRSTIN E. LARSON |

**TO:**   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of counsel for Defendants Nintendo of America Inc. and Nintendo Co., Ltd. ("Nintendo"): Jerry A. Riedinger, Tyler C. Peterson and Kirstin E. Larson.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE
(NO. 2:14:CV-01512-RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED this 2nd day of October, 2014.

By: _s/Jerry A. Riedinger_
By: _s/Tyler C. Peterson_
By: _s Kirstin E. Larson_
Jerry A. Riedinger, WSBA No. 25828
Tyler C. Peterson, WSBA No. 39816
Kirstin E. Larson, WSBA No. 31272
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
TylerPeterson@perkinscoie.com
KLarson@perkinscoie.com
Attorneys for Defendants NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.

NOTICE OF APPEARANCE
(NO. 2:14:CV-01512-RSL) – 2

## CERTIFICATE OF SERVICE

I certify that on October 2nd, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE FOR COUNSEL FOR NINTENDO: JERRY A. RIEDINGER, TYLER C. PETERSON AND KIRSTIN E. LARSON with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record.  In addition, I caused service to be made on the same attorney(s) of record by the method(s) indicated:

| | |
|---|---|
| Kenneth L. Dorsney | ___ Via hand delivery |
| Morris James LLP | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| 500 Delaware Avenue, Suite 1500 | ___ Via Overnight Delivery |
| P.O. Box 2306 | ___ Via Facsimile |
| Wilmington, DE  19899-2306 | _X_ Via Email |
| Email:  kdorsney@morrisjames.com | ___ Other: _____ |
| Attorneys for Plaintiff Ithaca Ventures k.s. | |
| and Ithaca Development, LLC | |

| | |
|---|---|
| Randall J. Sunshine | ___ Via hand delivery |
| Ryan E. Hatch | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| Edward A. Klein | ___ Via Overnight Delivery |
| Kim S. Zeldin | ___ Via Facsimile |
| LINER LLP | _X_ Via Email |
| 1100 Glendon Avenue, 14th Floor | ___ Other: _____ |
| Los Angeles, CA  90024-3503 | |
| Email:  rsunshine@linerlaw.com | |
| Email:  eklein@linerlaw.com | |
| Email:  rhatch@linerlaw.com | |
| Email:  kzeldin@linerlaw.com | |
| Attorneys for Plaintiffs Ithaca Ventures k.s. | |
| and Ithaca Development, LLC | |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of October, 2014.

By:  *s/Jerry A. Riedinger*
Jerry A. Riedinger
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
Attorneys for Defendants NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.

NOTICE OF APPEARANCE
(NO. 2:14:CV-01512-RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000