# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ITHACA VENTURES k.s. and ITHACA DEVELOPMENT, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.,<br><br>    Defendants. | Case No. 14-cv-01512-RSL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please take notice that effective December 23, 2014, Newman Du Wors LLP's Seattle address will be

2101 Fourth Avenue
Suite 1500
Seattle, WA 98121

Telephone numbers and other contact information remain the same.

Dated December 17, 2014

**NEWMAN DU WORS LLP**

s/ Derek Newman
Derek Newman, WSBA #26967
Attorneys for Plaintiffs

---

CHANGE OF ADDRESS - 1
14-1512

**NEWMAN DU WORS LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800